JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- In re Chrysler Motors Corporation Overnight Evaluation
Program Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/08/07 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- (A-1 - A-9) Filed by Chrysler Motors Corporation and Chrysler Corporation -- SUGGESTED TRANSFEREE DISTRICT: E.D. MISSOURI -- SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (rh) |
| 87/08/17 | | APPEARANCES: DALE M. FOREMAN, ESQ. for Keith Stennes, et al.; DAVID BERGER, ESQ. for Shirley A. Jones, and George Saitta, et al.; JOHN F. GRAYBEAL, ESQ. for Joe P. Cullipher and Joe Cullipher Chrysler-Plymouth, Inc.; RICHARD D. GREENFIELD, ESQ. for Patricia A. Bacon; JEROME J. SCHLICHTER, ESQ. for Alfred P. Bell (rh) |
| 87/08/18 | | APPEARANCE: KENTON E. KNICKMEYER, ESQ. for Chrysler Motors Corporation and Chrysler Corporation (rh) |
| 87/08/20 | | APPEARANCE: DIANNE M. NAST, ESQ. for James Donaldson (rh) |
| 87/08/24 | 2 | RESPONSE -- (to pldg. #1) Joe Cullipher Chrysler-Plymouth, Inc. and Joe P. Cullipher -- w/cert. of svc. (rh) |
| 87/08/24 | 3 | RESPONSE -- (to pldg. #1) Shirley A. Jones and George Saitta, et al. -- w/cert. of svc. (rh) |
| 87/08/24 | 4 | RESPONSE/ANSWER -- (to pldg. #1) James Donaldson and Patricia Bacon, et al. -- w/cert. of svc. (rh) |
| 87/09/01 | | APPEARANCE: ARTHUR GREENBERG, ESQ. for Therese Jordan, et al. (paa) |
| 87/09/10 | 5 | LETTER -- Chrysler Motor Corp. dtd. 8/17/87 -- Correcting Docket No. of action A-4 Chrysler Motor Corp. v. Joe Cullipher Chrysler-Phymouth, Inc., et al., E.D. North Carolina, C.A. No. 87-72-Civ-4 (rew) |
| 87/09/11 | 6 | RESPONSE (to pldg. #1) -- Plaintiffs Robert Casadei and John Krebs -- W/Memorandum, Exhibit A and certificate of service -- (paa) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **740** -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/10/06 | 7 | AMENDMENT TO MOTION -- Chrysler Motors Corporation and Chrysler Corporation -- (adding A-10 through A-13) -- w/Memorandum, schedule of actions and cert. of service  (tmq) |
| 87/10/13 | | HEARING ORDER -- setting motion to transfer for Panel hearing in Dallas, Texas on November 18, 1987  (cds) |
| 87/10/15 | | CORRECTION ORDER -- Correcting Hearing Orer to  reflect correct date of Nov. 18, 1987, Dallas, Texas. (rew) |
| 87/10/22 | 8 | RESPONSE/MEMORANDUM -- Plaintiffs Therese Jordan, et al. -- w/Request for Permission to File -- w/cert. of svc. (tmq) |
| 87/10/26 | 9 | MOTION TO SEVER AND REMAND CERTAIN CLAIMS (re: A-4) -- w/Memo and Letter explaining **CORRECT** docket numbers -- Chrysler Motor Corporation -- w/cert. of svc. (tmq) |
| 87/11/02 | 10 | RESPONSE (to pldg. #1) -- pltfs. Keith Stennes, et al. -- w/cert. of service  (cds) |
| 87/11/02 | 11 | SUPPLEMENTAL RESPONSE (to pldg. #7) -- pltfs. Therese Jordan, et al. -- w/cert. of service  (cds) |
| 87/11/03 | 12 | NOTICE OF THREE RELATED ACTIONS, W/SCHEDULE AND COMPLAINTS -- submitted by movants Chrysler Motors Corp. and Chrysler Corp. -- w/cert. of service  (cds) |
| 87/11/05 | | APPEARANCE:  SHIRLEY P. WALITALO, ESQ. for Shirley Walitalo. (tmq) |
| 87/11/05 | 13 | RESPONSE -- Plaintiff Shirley Walitalo (to pldgs.# 1 and 7) -- (J.P.M.L. Clerk's office served counsel for Chrylser on 11/5/87. (tmq) |
| 87/11/10 | 14 | RESPONSE (to pldg. #7) -- Plaintiffs James Donaldson, Patricia Bacon and Roglo Leasing -- w/Memorandum and certificate of service.  (paa) |
| 87/11/12 | 15 | RESPONSE, MEMORANDUM (to pldg. #9) -- defts. Joe Cullipher Chrysler-Plymouth, Inc. and Joe P. Cullipher -- w/Attachments and cert. of service  (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- **In re Chrysler Motors Corporation Overnight Evaluation Program Litigation**

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/11/17 | 15a | SUPPLEMENTAL INFORMATION -- pltf. James Donaldson -- w/Attachment and cert. of service (cds) |
| 87/11/17 | | HEARING APPEARANCES: (For Hearing on 11/18/87 in Dallas, Texas) -- W. STANLEY WALCH, ESQ. for Chrysler Motors Corp. and Chrysler Corp.; DAVID BERGER, ESQ. for Shirley A. Jones and George Saitta, et al.; STEVEN J. TOLL, ESQ. for Robert Casadei, et al.; DIANNE M. NAST, ESQ. for James Donaldson AND ALFREDA L. VERRATTI, ESQ. for Patricia A. Bacon, et al. and Alfred Bell, et al. (rh) |
| 87/11/17 | | WAIVERS OF ORAL ARGUMENT: (For Hearing on 11/18/87 in Dallas, Texas) -- Keith Stennes, et al.; Shirley P. Walitalo and Therese Jordan, et al. (rh) |
| 87/11/18 | 16 | INTERESTED PARTY RESPONSE -- pltf. in Nancy West v. Chrysler Motors Corp., et al., D.Vermont, #87-237 -- w/cert. of service (cds) |
| 87/12/01 | 17 | LETTER - (Ltr. dtd. 11/20/87 and signed by Nast and Berger) COUNSEL FOR PLAINTIFFS re Settlement agreement with Chrysler executed in Philadelphia on November 24, 1987 w/service. (rew) |
| 87/12/17 | | CONSET OF TRANSFEREE COURT -- For transferring of litigation to E.D. Michigan to Judge John F. Nangle. (tmq) |
| 87/12/17 | | TRANSFER ORDER -- Transferring eight actions to the E.D. Missouri for assignment to J. Nangle -- Denied transfer of A-4 -- Notified involved judges, clerks, misc. recipients and counsel. (tmq) |
| 88/01/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-26 Margaret W. Bentley v. Chrysler Motors Corporation, N.D. Georgia, C.A. No. C87-2781A -- Notified involved clerks and judge. (tmq) page 5 |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/01/07 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-14 Shirley J. Park v. Chrysler Motors Corp., N.D. Illinois, C.A. No. 87-C-9226; B-15 Mitchell Miles v. Chrysler Motors Corp., N.D. Indiana, C.A. No. L87-00114; B-16 Commonwealth of Kentucky, ex rel. David L. Armstrong, Attorney General v. Chrysler Motors Corp., E.D. Kentucky, C.A. No. 87-79; B-17 Homer G. Roth v. Chrysler Motors Corp., N.D. Ohio, C.A. No. C87-2938A; B-18 Drew Morris v. Chrysler Corp., D. South Carolina, C.A. No. 6:87-2696-3; B-19 Eddie Clark v. Chrysler Corp., E.D. Tennessee, C.A. No. 2-87-272 and B-20 Nancy West v. Chrysler Motors Corp., et al., D. Vermont, C.A. No. 87-237 -- Notified involved counsel and judges (rh) |
| 88/01/21 | 18 | NOTICE OF OPPOSITION TO CONDITONAL TRANSFER ORDER -- B-18 pltf. Drew Morris v. Chrysler Corporation, D. South Carolina, C.A. No. 6:87-2696-3 -- Notified involved judges and counsel (paa) |
| 88/01/21 | 19 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-16 pltf. Commonwealth of Kentucky, ex rel. David L. Armstrong, Attorney General v. Chrysler Motors Corporation, E.D. Kentucky, C.A. No. 87-79 -- Notified involved judges and counsel (paa) |
| 88/01/21 | 20 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-20 pltf. Nancy West v. Chrysler Motors Corporation, et al., D. Vermont, C.A. No. 87-237 -- Notified involved judges and counsel (paa) |
| 88/01/25 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-14 Shirley J. Park v. Chrysler Motors Corporation, N.D. Illinois, C.A. No. 87-C-9226; B-15 Mitchell Miles v. Chrysler Motors Corporation, N.D. Indiana, C.A. No. L87-00114; B-17 Homer G. Roth v. Chrysler Motors Corporation, N.D. Ohio, C.A. No. C87-2938A; B-19 Eddie Clark v. Chrysler Corporation, E.D. Tennessee, C.A. No. 2-87-272 -- NOTIFIED INVOLVED JUDGES AND CLERKS. (paa) |
| 88/01/25 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-21 Steven A. Maugh, et al. v. Chrysler Corporation, et al., W.D. Missouri, C.A. No. 87-6141-CV-SJ-6; B-22 David Pinkowsky v. Chrysler Motors Corporation, et al., E.D. Pennsylvania, C.A. No. 87-6079 (MT); B-23 Walter A. Lytle v. Chrysler Motors Corporation, et al., N.D. Indiana, C.A. No. F87-00341; B-24 Ronald L. Beck, Sr., et al. v. Chrysler Motors Corporation, W.D. North Carolina, C.A. No. C-C-87-0503-P -- Notified involved judges and counsel (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- In re Chrysler Motors Corporation Overnight Evaluation Program
Program Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/01/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-26) Margaret W. Bentley v. Chrysler Motors Corp., N.D. Ga., C.A. No. C87-2781A -- Notified involved judges and counsel  (cds) |
| 88/02/04 | 21 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- B-18 Pltf. Drew Morris v. Chrysler Corporation, D. South Carolina, C.A. No. 6:87-26960-3 -- w/cert. of svc. (tmq) |
| 88/02/05 | 22 | LETTER WITH ORDER -- Re: remanding B-21 Steven Maugh, et al. v. Chrysler Corp., et al., W.D. Missouri, C.A. No. 87-6141-CV-SJ-6 to state court -- Filed by Chrysler Corporation (rh) |
| 88/02/05 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-21 Steven A. Maugh, et al. v. Chrysler Corporation, et al., W.D. Missouri, C.A. No. 87-6141-CV-SJ-6 -- Notified involved judges, clerk and counsel (rh) |
| 88/02/05 | 23 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- B-16 pltf. Commonwealth of Kentucky, ex rel. David L. Armstrong, Attorney General v. Chrysler Motors Corporation, E.D. Kentucky, C.A. No. 87-79 -- w/cert. of svc. (tmq) |
| 88/02/05 | 24 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- B-20 Nancy West v. Chrysler Motors Corporation, et al., D. Vermont, C.A. No. 87-237 -- w/cert. of svc. (tmq) |
| 88/02/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-27 Ken Duckett v. Chrysler Motors Corporation, N.D. Alabama, C.A. No. CV88-L-5010-NE -- Notified involved judges and counsel  (paa) |
| 88/02/09 | 25 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-22 David Pinkowsky v. Chrysler Corp., et al., E.D. Pennsylvania, C.A. No. 87-6079 (MT) -- Notified involved counsel and judge. (tmq) |
| 88/02/09 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-28 John J. McCarthy v. Chrysler Motors Corporation, D. Massachusetts, C.A. No. 88-0002-F and B-29 Elbert H. Agee v. Chrysler Corporation, et al., W.D. Kentucky, C.A. No. C-87-0772-L-J -- Notified involved counsel and judges (rh) |
| 88/02/10 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-23 Walter A. Lytle v. Chrysler Motors Corporation, et al., N.D. Indiana, C.A. No. F87-00341; B-24 Ronald L. Beck, Sr., et al. v. Chrysler Motors Corporation, W.D. North Carolina, C.A. No. C-C-87-0503-P -- Notified involved judges and clerks. (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- In re Chrysler Motors Corporation Overnight Evaluation Program
Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/02/10 | | HEARING ORDER -- Setting oppositions of pltfs. **Commonwealth of Kentucky, etc.,** in B-16, **Morris** in B-18 and **West** in B-20 for Panel Hearing in San Francisco, California on March 25, 1988 (rh) |
| 88/02/11 | 26 | UNTIMELY OPPOSITION -- Plaintiff (B-15) **Mitchell Miles.** (tmq) |
| 88/02/11 | 27 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by B-24 **Ronald L. Beck, Sr., et al. v. Chrysler Motors Corporation,** W.D. North Carolina, C.A. No. C-C-87-0503-P -- Notified involved counsel and judges. (tmq) |
| 88/02/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-26) Margaret W. Bentley v. Chrysler Motors Corp., N.D. Ga., #C87-2781A -- Notified involved judges and clerks (cds) |
| 88/02/19 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-30 Lynn Rosenthal v. Cini & Lopez, Inc., et al., E.D. Michigan, C.A. No. 87-CV-74555-DT; B-31 Jon Ketzler, et al. v. Chrysler Corp., et al., W.D. Arkansas, C.A. No. 88-5004 and B-32 Billy Ray Holmes v. Chrysler Motors Corp., et al., S.D. Mississippi, C.A. No. H-88-0013(W) -- Notified involved counsel and judges (rh) |
| 88/02/22 | 28 | RESPONSE (to pldg. #21 re Morris) -- Chrysler Motors Corp. -- w/cert. of service (cds) |
| 88/02/22 | 29 | RESPONSE (to pldg. #24 re West) -- Chrysler Motors Corp. -- w/Exhibit and cert. of service (cds) |
| 88/02/22 | 30 | RESPONSE (to pldg. #23 re Commonwealth of Kentucky) -- Chrysler Motors Corp. -- w/Exhibits cert. of service (cds) |
| 88/02/22 | 31 | NOTICE OF OPPOSITON TO CONDITIONAL TRANSFER ORDER -- **plaintiff** in B-28 John J. McCarthy v. Chrysler Motors Corp., D. Massachusetts, C.A. No. CV-88-0002(8) -- w/cert. of service (cds) |
| 88/02/24 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-27 **Ken Duckett** v. Chrysler Motors Corporation, N.D. Alabama, C.A. No. **CV88-L-5010-NE** -- Notified involved judges and clerks. (paa) |

Case MDL No. 740   Document 1   Filed 06/12/15   Page 7 of 50

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  740 --  In re Chrysler Motors Corporation Overnight Evaluation Program
                    Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/02/24 | 32 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-22 David Pinkowsky v. Chrysler Motors Corporation, et al., E.D. Pennsylvania, C.A. No. 87-6079 (MT) -- w/cert. of svc. (rh) |
| 88/02/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-29 Elbert H. Agee v. Chrysler Corp., et al., W.D. Kentucky, #C-87-0772-L-J -- Notified involved judges and clerks  (cds) |
| 88/03/01 | 33 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-24 Ronald L. Beck, Sr., et al. v. Chrysler Motors Corporation, W.D. North Carolina, C.A. No. C-C-87-0503-P -- w/cert. of svc. (rh) |
| 88/03/01 | 34 | RESPONSE (to pldg. #32) -- Chrysler Motors Corporation -- w/Exhibit cert. of service  (cds) |
| 88/03/02 | 35 | RESPONSE (to pldg. #33) -- Chrysler Motors Corporation -- w/Exhibit and cert. of service  (cds) |
| 88/03/02 | 36 | MOTION TO AMEND HEARING ORDER TO INCLUDE BECK AND PINKOWSKY -- Chrysler Motors Corporation -- w/cert. of service  (cds) |
| 88/03/02 | | SECOND AMENDMENT TO HEARING ORDER OF 2/10/88 -- SETTING OPPOSITIONS OF B-22 Pinkowsky and B-24 Beck for Panel hearing in San Francisco, California on March 25, 1988 |
| 88/03/03 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-33 Leon Steward v. Chrysler Motor Co., et al., N.D. Ala., C.A. No. CV-88-L-0229S, B-34 Jimmie Hill, et al. v. Chrysler Corp., et al., N.D. Ala., C.A. No. CV-88-G-0274S, B-35 Harold E. Horton v. Chrysler Corp., N.D. Ala., C.A. No. CV-88-AR-0285S, B-36 L. H. Carter v. Chrysler Corp., et al., N.D. Ga., C.A. No. 1:88-CV-299-RHH, B-37 Estelle T. Phillips v. Claude Debeaux, Inc., et al., W.D. La., C.A. No. CV-88-0155S, B-38 Frankie M. Strong v. Chrysler Corp., et al., S.D. Miss., C.A. No. S88-0003(GN), B-39 Ted J. Lumpert v. Chrysler Motors Corp., S.D. Miss., C.A. No. S88-0159(GN), B-40 Chrysler Credit Corp. v. Eldon W. Vernon v. Chrysler Motors, W.D. Okla., C.A. No. CIV-88-237-T and B-41 Carlan K. England v. Gallatin Chrysler-Plymounth-Dodge, Inc., et al., M.D. Tenn., C.A. No. 3:88-0075 -- Notified involved counsel and judges (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- _____

| | Ref. | Pleading Description |
|---|---|---|
| 88/03/08 | | NOTICE OF APPEARANCE -- JOHN MODRZEJEWSKI, ESQ. for B-30 Lynn Rosenthal (rh) |
| 88/03/08 | 37 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-30 Lynn Rosenthal v. Cini & Lopez, Inc., et al., E.D. Michigan, C.A. No. 87-CV-74555-DT -- Notified involved judges and counsel (rh) |
| 88/03/08 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-31 Jon Ketzler, et al. v. Chrysler Corp., et al., W.D. Arkansas, C.A. No. 88-5004 and B-32 Billy Ray Holmes v. Chrysler Motors Corp., et al., S.D. Mississippi, C.A. No. H-88-0013(W) -- Notified involved judges and clerks (cds) |
| 88/03/09 | 38 | MOTION/BRIEF TO VACATE CONDITIONAL TRNSFER ORDER -- filed by pltf. in B-28 John J. McCarthy v. Chrysler Motors Corp., D. Mass., C.A. No. 88-0002-F -- w/cert. of service (cds) |
| 88/03/09 | 39 | LETTER w/copy of E.D. Kentucky remand order -- re B-16 Commwealth of Kentucky -- letter signed by Robert V. Bullock, Esq. counsel for Commonwealth of Ky. (cds) |
| 88/03/09 | | ORDER VACATING CONDITIONAL TRANSFER ORDER AND MARCH 25, 1988 HEARING -- re B-16 Commonwealth of Kentucky, ex rel. David L. Armstrong, Attorney General v. Chrysler Motors Corp., E.D. Ky., C.A. No. 87-79 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 88/03/11 | 40 | RESPONSE (to pldg. #38) -- Chrysler Motors Corp. -- w/Exhibit and cert. of service (cds) |
| 88/03/11 | 41 | MOTION TO AMEND HEARING ORDER TO INCLUDE McCARTHY -- Chrysler Motors Corp. -- w/cert. of service (cds) |
| 88/03/16 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-42 William H. Bruser, III v. Chrysler Corp., et al., N.D. Alabama, C.A. No. CV88-P-0225S; B-43 Christopher May v. Chrysler Motors Corp., N.D. Indiana, C.A. No. H88-0087; B-44 Connie A. Patsiner, et al. v. Chrysler Motors Corp., et al., S.D. Indiana, C.A. No. IP88-271-C and B-45 Ronald Harper, v. Bryan Bickmore Dodge, Inc., et al., D. Oregon, C.A. No. CV88-0176-FR -- Notified involved counsel and judges (rh) |

Case MDL No. 740   Document 1   Filed 06/12/15   Page 9 of 50

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- In re Chrysler Motors Corporation Overnight Evaluation Program Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/03/18 | 42 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-34 **Jimmie Hill, et al.** v. Chrysler Corporation, et al., N.D. Alabama, C.A. No. CV-88-G-0274S -- Notified involved counsel and judges (rh) |
| 88/03/18 | 43 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-35 **Harold E. Horton** v. Chrysler Corporation, N.D. Alabama, C.A. No. CV-88-AR-0285S -- Notified involved counsel and judges (rh) |
| 88/03/21 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-33 Leon Steward v. Chrysler Motor Co., et al., N.D. Ala., C.A. No. CV-88-L-0229S, B-36 L. H. Carter v. Chrysler Corp., et al., N.D. Ga., C.A. No. 1:88-CV-299-RHH, B-37 Estelle T. Phillips v. Claude Debeaux, Inc., et al., W.D. La., C.A. No. CV-88-0155S, B-38 Frankie M. Strong v. Chrysler Corp., et al., S.D. Miss., C.A. No. S88-0003(GN), B-39 Ted J. Lumpert v. Chrysler Motors Corp., S.D. Miss., C.A. No. S88-0159(GN), B-40 Chrysler Credit Corp. v. Eldon W. Vernon v. Chrysler Motors, W.D. Okla., C.A. No. CIV-88-237-T and B-41 Carlan K. England v. Gallatin Chrysler-Plymounth-Dodge, Inc., et al., M.D. Tenn., C.A. No. 3:88-0075 -- Notified involved judges and clerks (cds) |
| 88/03/22 | 44 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- **pltf. in B-30 Lynn Rosenthal** v. Cini & Lopex, et al., E.D. Mich., C.A. No. 87-CV-74555-DT -- w/cert. of service (cds) |
| 88/03/25 | | HEARING APPEARANCES: (For Hearing on 3/25/88 in San Francisco, California) -- CHARLES A. NEWMAN, ESQ. for Chrysler Motors Corporation & Chrysler Corporation (paa) |
| 88/03/25 | | WAIVERS OF ORAL ARGUMENT: (For Hearing on 3/25/88 in San Francisco, California) -- David Pinkowsky; Ronald Beck, et al.; Drew Morris; Nancy West; Casadei, Krebs, Kraus, Poulin, Winter & the plaintiff Class; Patricia Bacon, et al., Alfred P. Bell, William C. Smith, et al., Jessie Robinson; James Donaldson & the plaintiff class; Casadei, et al.; Mitchell Miles;  Keith Stennes, et al., Peter Goettner, et al., Raymond Naegele, et al., & Yuri Naegele. (paa) |
| 88/03/25 | 45 | RESPONSE (to pldg. #44) -- deft. Crysler Corp. -- w/Exhibit 1, Schedules A-C and cert. of service (cds) |
| 88/03/30 | 46 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- **pltf. in B-45** Ronald Harper v. Bryan Bickmore Dodge, Inc., et al., D. Oregon, C.A. No. CV88-0176-PR -- Notified involved judges and counsel (cds) |

p.10

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/03/31 | 47 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- deft. Bryan Bickmore Dodge, Inc. -- B-45 Ronald Harper v. Bryan Bickmore Dodge, Inc., et al., D. Oregon, C.A. No. CV88-0176-PR -- Notified involved judges and counsel (cds) |
| 88/04/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-46 Eugene R. Berry v. Chrysler Motors Corporation, et al., S.D. Florida, C.A. No. 88-8122-CIV-PAINE -- Notified involved judges and counsel (paa) |
| 88/04/01 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-42 William H. Bruser, III v. Chrysler Corporation, et al., N.D. Alabama, C.A. No. CV88-P-0225S; B-43 Christopher May v. Chrysler Motors Corporation, N.D. Indiana, C.A. No. H88-0087 and B-44 Connie A. Patsiner, et al. v. Chrysler Motors Corporation, et al., S.D. Indiana, C.A. No. IP88-271-C -- Notified involved judges and clerks (rh) |
| 88/04/04 | 48 | UNTIMELY NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-33 Leon Steward -- Notifed involved counsel and judges (rh) |
| 88/04/05 | 49 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-34 Jimmie Hill, et al. v. Chrysler Corporation, et al., N.D. Alabama, C.A. No. CV-88-G-0247S -- w/cert. of svc. (rh) |
| 88/04/11 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-35 Harold E. Horton v. Chrysler Corp., N.D. Alabama, C.A. No. CV-88-AR-0285S -- Notified involved judges, clerks and counsel (cds) |
| 88/04/13 | 50 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-45 Ronald Harper v. Bryan Bickmore Dodge, Inc., et al., D. Oregon, C.A. No. CV88-0176-FR -- w/cert. of svc. (rh) |
| 88/04/13 | 51 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by deft. Bryan Bickmore Dodge, Inc. -- B-45 Ronald Harper v. Bryan Bickmore Dodge, Inc., et al., D. Oregon, C.A. No. CV88-0176-FR -- w/cert. of svc. (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  740 --   In re Chrysler Motors Corporation Overnight Evaluation Program Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/04/14 | | HEARING ORDER -- Setting opposition to transfer of B-28, B-30, B-34, and B45 for Panel Hearing on May 19, 1988 in Chicago, Illinois (rh) |
| 88/04/18 | | TRANSFER ORDER -- transferring B-18 Morris, B-20 West, B-22 Pinkowsky and B-24 Beck to the E.D. Missouri for pretrial proceedings before Judge Nangle  -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 88/04/19 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-46 Eugene R. Berry v. Chrysler Motors Corporation, et al., S.D. Florida, C.A. No. 88-8122-CIV-PAINE -- Notified involved judges and clerks (rh) |
| 88/04/21 | 52 | SUPPLEMENTAL INFORMATION --  Filed by Chrysler Corp. -- Re: ptlf. Hill in B-34 -- w/cert. of svc. (rh) |
| 88/04/22 | 53 | ORDER -- from N.D. Alabama, signed by Judge J. Foy Guin, Jr. remanding to state court B-34 Jimmie Hill, et al. v. Chrysler Corporation, et al., C.A. No. CV-88-G-2074S.  (ds) |
| 88/04/22 | | ORDER VACATING CTO AND MAY 19, 1988 HEARING -- B-34 Jimmie Hill, et al. v. Chrysler Corporation, et al., C.A. No. CV-88-G-2074S -- Notified involved counsel, judges and clerks. (ds) |
| 88/04/26 | 54 | RESPONSE -- (to pldgs. #50 and 51) Chrysler Motors Corporation -- w/cert. of svc. (rh) |
| 88/05/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-47 Thomas E. Hayes v. Chrysler Motors Corp., E.D. Wisconsin, C.A. No. 88-C-0334 -- Notified involved counsel and judges.  (ds) |
| 88/05/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-48 Oscar James, et al. v. Chrysler Motors, S.D. Mississippi, C.A. No. J88-0204(W) -- Notified involved judges and counsel.  (ds) |

B-12

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/05/18 | | HEARING APPEARANCES:  (hearing of 5/19/88) CHARLES A. NEWMAN, ESQ. for Chrysler Motors Corporation (ds) |
| 88/05/18 | | WAIVERS OF ORAL ARGUMENT -- (hearing of 5/19/88) Ronald Harper; George Saitta and Edward J. Radetich; James Donaldson; State of Texas; Atorneys General Liaison Counsel and Class Plaintiffs Liaison Counsel (ds) |
| 88/05/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-47 Thomas E. Hayes v. Chrysler Motors Corp., E.D. Wisconsin, C.A. No. 88-C-0334 -- Notified involved clerks and judges.  (ds) |
| 88/05/26 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-49 Betty Jo Dawson v. Magic City Dodge, Inc., et al., N.D. Alabama, C.A. No. CV88-P-0669S and B-50 Suzanne Wintner v. Chrysler Motors Corporation, N.D. Ohio, C.A. No. C88-1066 -- Notified involved counsel and judges (rh) |
| 88/05/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-48 Oscar James, et al. v. Chrysler Motors, S.D. Mississippi, C.A. No. J88-0204(W) -- Notified involved judges and clerks  (cds) |
| 88/06/02 | | TRANSFER ORDER -- Transferring B-28 John J. McCarthy v. Chrysler Motors Corporation, D. Massachusetts, C.A. No. 88-0002-F; B-30 Lynn Rosenthal v. Cini & Lopez, Inc., et al., E.D. Michigan, C.A. No. 87-CV-74555-DT and B-45 Ronald Harper v. Bryan Bickmore Dodge, Inc., et al., D. Oregon, C.A. No. CV-88-0176-FR transferred to the E.D. Missouri -- Notified involved judges, clerks and counsel (rh) |
| 88/06/13 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-49 Betty Jo Dawson v. Magic City Dodge, Inc., et al., N.D. Ala., #CV88-P-0669S and B-50 Suzanne Wintner v. Chrysler Motors Corp., N.D. Ohio, #C88-1066 -- Notified involved judges and clerks  (cds) |
| 88/06/21 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-51 Dwight E. Fleming v. Chrysler Corp., W.D. Tenn., #88-2242-4-B; and B-52 Bonita R. Cleary v. Chrysler Motors Corp., et al., E.D. Va., #88-0267-R -- Notified involved judges and counsel  (cds) |

JPML FORM 1A

6\13

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- In re Chrysler Motors Corporation Overnight Evaluation Program Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/07/06 | 55 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-51 **Dwight E. Fleming** v. Chrysler Corporation, W.D. Tennessee, C.A. No. 88-2242-4-B --- Notified involved counsel and judges (rh) |
| 88/07/06 | 56 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-52 **Bonita R. Cleary** v. Chrysler Motors Corporation, et al., E.D. Virginia, C.A. No. 88-0267-R -- Notified involved counsel and judges (rh) |
| 88/07/14 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-53 Iona Taips v. Chrysler Motors Corp., N.D. Ohio, C.A. No. C88-1703; C-54 Daryl W. Reynard, et al. v. Chrysler Motors Corp., S.D. Texas, C.A. No. H-88-1909 -- Notified involved counsel and judges. (ds) |
| 88/07/21 | 57 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by **pltf. in B-52 Bonita R. Cleary** v. Chrysler Motors Corporation, et al., E.D. Virginia, C.A. No. 88-0267-R -- w/cert. of svc. (rh) |
| 88/07/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-55 Howard L. Sentell, Jr. v. Chrysler Motors, Inc., E.D. Tennessee, C.A. No. 3-88-485 -- Notified involved judges and counsel (cds) |
| 88/07/26 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-51 Dwight E. Fleming v. Chrysler Corp., W.D. Tenn., C.A. No. 88-2242-4-B -- Notified involved judges, clerks and counsel (cds) |
| 88/08/01 | | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- C-54 Daryl W. Reynard, et al. v. Chrysler Motors Corp., S.D. Texas, C.A. No. C88-1703; and C-55 Howard L. Sentell, Jr. v. Chrysler Motors Corp., E.D. Tenn., C.A. No. H-888-1909 -- Notified involved judges and clerks (cds) |
| 88/08/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **C-56** Charles A. Jonietz v. Chrysler Motors Corporation, E.D. Texas, C.A. No. B-88-00658-CA -- Notified involved counsel and judges (rh) |
| ~~88/09/14~~ | | ~~CONDITIONAL TRANSFER ORDER FILED TODAY -- C-60 Gene T. Edwards, et al. v. Chrysler Motors Corp., et al., E.D. California, C.A. No. CIVS-88-1050-LKK-JFM -- Notified involved judges and counsel (cds)~~ |

*p.14*

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **740** -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/08/09 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-55 Howard L. Sentell, Jr. v. Chrysler Motors, Inc., E.D. Tenn., C.A. No. 3-88-485 -- Notified involved clerks and judges. (ds) |
| 88/08/09 | 58 | RESPONSE (to pldg. #57) -- Chrysler Motors Corporation w/Exhibit 1 and cert. of svc. (ds) |
| 88/08/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-57 Chrysler Credit Corporation v. James D. Green, et al. v. Chrysler Corporation, N.D. Alabama, C.A. No. CV88-C-1166-S -- Notified invovled counsel and judges (rh) |
| 88/08/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-58 Virgil Reeder v. Oak Ridge Chrysler-Dodge-Plymouth, Inc., et al., E.D. Tennessee, C.A. No. 3-88-597 -- Notified involved counsel and judges (ds) |
| 88/08/17 | | HEARING ORDER -- setting opposition (B-52) to transfer for Panel hearing on September 29, 1988, Wash., D.C. (ds) |
| 88/08/19 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **C-56** Charles A. Jonietz v. Chrysler Motrs Corp., E.D. Texas, C.A. No. B-88-00658CA -- Notified involved judges and clerks (cds) |
| 88/08/25 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **C-57** Chrysler Credit Corp. v. James D. Green, et al. v. Chrysler Corp., N.D. Alabama, C.A. No. CV88-C-1166-S -- Notified involved judges and clerks (cds) |
| 88/08/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-59 Jan Shout, et al. v. Chrysler Motors Corp., W.D. Missouri, C.A. No. 88-0708-CV-W-6 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 88/08/26 | 59 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- pltf. in C-58 Virgil Reeder v. Oak Ridge Chrysler-Dodge-Plymouth, Inc., et al., E.D. Tennessee, C.A. No. 3-88-597 -- Notified involved counsel and judges (cds) |
| 88/08/31 | | UNTIMELY NOTICE OF OPPOSITION -- filed by Drayton N. James, counsel for C-57 James D. Green, et al-- Notified involved counsel and judges (ds) |
| 88/09/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-59 Jan Shout, et al. v. Chrysler Motors Corp., W.D. Missouri, C.A. No. 88-0708-CV-W-6 -- Notified involved clerks and judges. (ds) |
| 88/09/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-60 Gene T. Edwards, et al. v. Chrysler Motors Corp., et al., E.D. California, C.A. No. CIVS-88-1050-LKK-JFM -- Notified involved judges and counsel (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/09/20 | 60 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-60 Gene T. Edwards, et al. v. Chrysler Motors Corp., et al., E.D. California, C.A. No. CIVS-88-1050-LKK-JFM -- Notified involved counsel and judges (rh) |
| 88/09/26 | 61 | MOTION/BRIEF TO VACATE CTO -- C-58 Virgil Reeder v. Oak Ridge Chrysler-Dodge-Plymouth, Inc., et al., E.D. Tenn., C.A. No. 3-88-597 -- filed by Virgil Reeder w/cert. of svc.  (ds) |
| 88/09/29 | | HEARING APPEARANCES:  WILLIAM H. SHEWMAKE, ESQ. for Bonita R. Cleary and LEWIS H. GOLDFARB, ESQ. for Chrysler Motors Corp. (hearing on 9/29/88 in Wash., D.C.) (rh) |
| 88/09/29 | | WAIVERS OF ORAL ARGUMENT:  George Saitta; Edward Radetich; Attorneys General Lead Counsel; Attorneys General Liaison Counsel; Class plaintiffs' Lead Counsel (hearing on 9/29/88 in Wash., D.C.) (rh) |
| 88/10/05 | 62 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-60 Gene T. Edwards, et al. v. Chrysler Motors Corp., et al., E.D. California, C.A. No. CIVS-88-1050-LKK-JFM -- w/cert. of svc. (rh) |
| 88/10/07 | | HEARING ORDER -- setting oppositions of pltfs. in C-58 Reeder and C-60 Edwards for Panel hearing on November 17, 1988 in New Orleans, LA  (cds) |
| 88/10/11 | | TRANSFER ORDER -- transferring B-52 Bonita R. Cleary v. Chrysler Motors Corporation, et al., E.D. Virginia, C.A. No. 88-0267-R to the District of Maryland for coordinated or consolidated pretrial proceedings -- Notified involved clerks, judges and counsel (ds) |
| 88/10/13 | 63 | RESPONSE -- (to pldg. #61) Chrysler Motors Corporation -- w/cert. of svc. (rh) |
| 88/10/18 | 64 | RESPONSE -- (to pldg. #62) Chrysler Motors Corporation -- w/cert. of svc. (rh) |
| 88/11/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-61 Barbara M. Alter v. Chrysler Corporation, et al., E.D. Michigan, C.A. No. 88-CV-74064-DT -- Notified involved counsel and judges. (ds) |

B16

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/11/16 | | WAIVER OF ORAL ARGUMENT: (Hearing on 11/17/88 in New Orleans, Louisiana) -- ALL WAIVED (rh) |
| 88/11/21 | 65 | NOTICE OF OPPOSITON TO CONDITIONAL TRANSFER ORDER (C-61) Barbara M. Alter v. Chrysler Corporation, et al., E.D. Michigan, C.A. No. 88-CV-74064-DT -- filed by pltf. Barbarbara M. Alter -- w/Exhibits A - D (cds) |
| 88/11/21 | 66 | NOTICE OF OPPOSITON TO CONDITIONAL TRANSFER ORDER (C-61) Barbara M. Alter v. Chrysler Corporation, et al., E.D. Michigan, C.A. No. 88-CV-74064-DT -- filed by deft. Northland Chrysler Plymouth, Inc. -- w/notice of substitution of attorney (cds) |
| 88/11/22 | | TRANSFER ORDER -- C-58 Virgil Reeder v. Oak Ridge Chrysler-Dodge-Plymouth, Inc., et al., E.D. Tennessee, C.A. No. 3-88-597 and C-60 Gene T. Edwards, et al. v. Chrysler Motors Corp., et al., E.D. California, C.A. No. CIV-S-88-1050-LKK-JFM (actions transferred to E.D. Missouri) -- Notified involved judges, clerks and counsel (rh) |
| 88/11/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-62 Samuel B. Calvin v. Chrysler Motors Corporation, N.D. Ohio, C.A. No. C88-4033 -- Notified involved judges and counsel (ds) |
| 88/12/05 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-63 Ivie L. Johnson v. Chrysler Corporation, et al., N.D. Alabama, C.A. No. CV88-L-1906-S; C-64 John Wineinger, et al. v. Chrysler Motors Corporation, et al., D. Arizona, C.A. No. 88-CV-773 and C-65 Charles G. Backus, et al. v. Chrysler Motors Corporation, E.D. Virginia, C.A. No. 88-171-NN -- Notified involved counsel and judges (rh) |
| 88/12/06 | 67 | MOTION/BRIEF TO VACATE CTO -- C-61 Barbara M. Alter v. Chrysler Corporation, et al., E.D. Michigan, C.A. No. 88-CV-74064-DT -- filed by pltf. Barbara M. Alter w/cert. of svc. and Exhibits A thru G (ds) |
| 88/12/13 | | HEARING ORDER -- setting opposition of plaintiff C-61 Barbara M. Alter to transfer for Panel hearing on January 26, 1989 in Phoenix, Ariz. (ds) |
| 88/12/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-62 Samuel B. Calvin v. Chrysler Motors Corporation, N.D. Ohio, C.A. No. C88-4033 -- Notified involved clerks and judges. (ds) |

P.17

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- _____

| Date | Pl.* | Pleading Description |
|------|------|----------------------|
| 88/12/19 | 68 | NOTICE OF OPPOSITION TO CTO -- C-64 John Wineinger, et al. v. Chrysler Motors Corp., et al., D. Ariz., C.A. No. 88-CV-773 -- filed by pltfs. Wineinger, et al. w/cert. of svc. -- Notified involved judges and counsel  (ds) |
| 88/12/21 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-63 Ivie L. Johnson v. Chrysler Corporation, et al., N.D. Alabama, C.A. No. CV-88-L-1906-S; C-65 Charles G. Backus, et al. v. Chrysler Motors Corporation, E.D. Virginia, C.A. No. 88-171-NN -- Notified invovled clerks and judges.  (ds) |
| 88/12/27 | 69 | RESPONSE (to pldg. #67) -- filed by deft. Chrysler Corporation w/cert. of svc.  (ds) |
| 89/01/03 | 70 | MOTION, BRIEF TO VACATE CTO -- C-64 John Wineinger, et al. v. Chrysler Motors Corp., et al., D. Ariz., C.A. No. 88CV-773 -- filed by pltfs. Wineinger, et al. w/cert. of svc.  (ds) |
| 89/01/11 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-66 Mangus, et al. v. Swift Dodge, Inc., et al., E.D. Cal., C.A. No. CV88-1573-LKK-EM; C-67 Warner, et al. v. Chrysler Corp., et al., S.D. Ga., C.A. No. CV488-242; C-68 McCormick, et al. v. McFadden Friendly Motors, et al., W.D. Mich., C.A. No. K88-362-CA8; C-69 Zaloga v. Chrysler Motors Corp., E.D. Pa., C.A. No. 88-8938-JD and C-70 Ruscitti, et al. v. Chrysler Motors Corp., N.D. Ill., C.A. No. 88-C-10362 -- Notified invovled counsel and judges. (ds) |
| 89/01/17 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-71 Maude Moore v. Crown-Dodge, Inc., et al., N.D. Ala., C.A. No. CV-88-AR-2369-M; C-72 James P. Kilbane v. Chrysler Motors Corporation, N.D. Ohio, C.A. No. 1-88-CV-4602 -- Notified invovled counsel and judges. (ds) |
| 89/01/23 | 71 | RESPONSE -- (to pldg. #70) Chrysler Motors Corporation -- w/cert. of svc. (rh) |
| 89/01/25 | | WAIVERS OF ORAL ARGUMENT (for January 26, 1989 hearing, Phoenix, Arizona) -- ALL PARTIES WAIVED  (ds) |
| 89/01/26 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-73 Phyllis N. Boucher v. Chrysler Motors Corp., et al., C.D. California, C.A. No. 88-7773-CBM (GHKx); C-74 Barbara N. Chrzanowski v. RDS management d/b/a/ Shuman Motor Sales, Inc., et al., E.D. Michigan, C.A. No. 88-CV-60411 -- Notified involved counsel and judges. (ds) |

p.18

740

89/01/26   72   LETTER --  Filed by Chrysler Motors Corporation (dated
1/25/89) Re: recent development of C-68 Robert L. McCormick,
et al. v. McFadden Friendly Motors, et al., W.D. Mich., C.A.
No. K88-362CA8 -- w/cert. of svc. (rh)

89/01/27        CONDITIONAL TRANFER ORDERS FINAL TODAY -- C-66 Charles M.
Mangus, et al v. Swift Dodge, Inc., et al., E.D. California,
C.A. No. CV88-1573-LKK-EM; C-67 William Randolph Warner, et
al. v. Chrysler Corp., et al., S.D. Georgia, C.A. No.
CV488-242 and C-70 Gerald Ruscitti, et al. v. Chrysler Motors
Corp., N.D. Illinois, C.A. No. 88C10362 -- Notified involved
judges and clerks (rh)

89/01/27   73   NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed
by pltf. in C-69 Laura Zaloga v. Chrysler Motors Corporation,
E.D. Pennsylvania, C.A. No. 88-8938-JD -- Notified involved
counsel and judges (rh)

89/01/31   74   NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed
by pltf. in C-71 Maude Moore v. Crown-Dodge, Inc., et al.,
N.D. Alabama, C.A. No. CV88AR2369M -- Notified involved
counsel and judges (rh)

89/02/01        ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-68 Robert L.
McCormick, et al. v. McFadden Friendly Motors, et al., W.D.
Michigan, C.A. No. K88-362CA8 -- Notified involved judges,
clerk and counsel (rh)

89/02/02        CONDITIONAL TRANSFER ORDER FINAL TODAY -- James P. Kilbane v.
Chrysler Motors Corporation, N.D. Ohio, C.A. No. 1:88-CV-4602
-- Notified involved clerks and judges.  (ds)

89/02/03   75   REPLY (to pldg. #71) -- pltf. in C-64 John Wineinger, et al.
-- w/cert. of service  (cds)

89/02/06        TRANSFER ORDER -- C-61 Barbara M. Alter V. Chrysler Motors
Corp., et al., E.D. Michigan, C.A. No. 88-CV-74054-DT (action
transferred to E.D. Missouri) -- Notified involved judges,
clerks and counsel (rh)

740    In re Chrysler Motors Corporation Overnight Evaluation
       Program Litigation

| | | |
|---|---|---|
| 89/02/13 | | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- C-73 Phyllis N. Boucher v. Chrysler Motors Corp., et al., C.D. California, C.A. No. 88-7773-CBM (GHKx); and C-74 Barbara N. Chrzanowski v. RDS management d/b/a/ Shuman Motor Sales, Inc., et al., E.D. Michigan, C.A. No. 88-CV-60411 -- Notified involved judges and clerks  (cds) |
| 89/02/15 | 76 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-71 Maude Moore v. Crown-Dodge, Inc., et al., N.D. Alabama, C.A. No. CV88AR2369M -- w/cert. of svc. cert. (rh) |
| 89/02/15 | | HEARING ORDER -- Setting opposition to transfer of C-64 and C-71 for Panel Hearing in Statesville, North Carolina on March 23, 1989 (rh) |
| 89/02/16 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- D-68 Laura Zaloga v. Chrysler Motors Corporation, E.D. Pa., C.A. No. 88-8938-JD -- Notified involved judges, clerks and counsel (rh) |
| 89/02/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-75 Chephis J. Smith, et al. v. Chrysler Motors Corporation, et al., W.D. Missouri, C.A. No. 89-0098-CV-W-JWO -- Notified involved counsel and judges (rh) |
| 89/02/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-76 Jack Threadgill v. Chrysler Motors Corporation, N.D. Texas, C.A. No. CA-1-89-0028-W -- Notified involved counsel and judges (rh) |
| 89/03/06 | 77 | RESPONSE (to pldg. #76) -- deft. Chrysler Motors Corp., re: C-71 Maude Moore w/cert. of svc.  (ds) |
| 89/03/10 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- C-75 Chephis J. Smith, et al. v. Chrysler Motors Corporation, et al., W.D. Missouri, C.A. No. 89-0098-CV-W-JWO -- Notified involved judges and clerks  (cds) |
| 89/03/16 | 78 | NOTICE OF OPPOSITION TO CTO -- Jack Threadgill v. Chrysler Motors Corporation, N.D. Texas, C.A. No. CA-1-89-0028-W -- filed by pltf. Jack Threadgill -- Notified involved counsel and judges. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/03/22 | | WAIVERS OF ORAL ARGUMENT: (for hearing on March 23, 1989 in Statesville, North Carolina) -- ALL WAIVE ORAL ARGUMENT (rh) |
| 89/04/03 | 79 | REQUEST FOR EXTENSION OF TIME TO FILE MOTION, BRIEF TO VACATE CTO IN C-76 -- Filed by pltf. Jack Threadgill -- GRANTED TO AND INCLUDING APRIL 7, 1989 (rh) |
| 89/04/05 | | TRANSFER ORDER -- transferring C-64 **John Wineinger, et al.** v. Chrysler Motors Corp., et al., D. Ariz., #88-CV-773 and C-71 **Maude Moore** v. Crown-Dodge, Inc., et al., N.D. Alabama, #CV88-AR-2369M -- Notified involved judges, clerks and counsel  (cds) |
| 89/04/07 | | HEARING ORDER -- Setting opposition to transfer of C-76 for Panel Hearing on May 18, 1989 in Wash., D.C. (rh) |
| 89/04/11 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING MAY 18, 1989 HEARING -- re C-76 Jack Threadgill v. Chrysler Motors Corp., N.D. Texas, #CA-1-89-0028-W -- Notified involved judges, clerks and counsel  (cds) |
| 89/06/20 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-77 John Helm, et al. v. Chrysler Corporation, et al., S.D. Illinois, C.A. No. 89-3307 and D-78 William R. Johnson, et al. v. Chrysler Motors Corporation, et al.,  W.D. Tennessee, C.A. No. 89-2300-Tu-A -- Notified involved counsel and judges (rh) |
| 89/07/06 | | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- D-77 John Helm, et al. v. Chrysler Corporation, et al., S.D. Illinois, C.A. No. 89-3307 and D-78 William  R. Johnson, et al. v. Chrysler Motors Corporation, et al.,  W.D. Tennessee, C.A. No. 89-2300-Tu-A -- Notified involved judges and clerks (rh) |
| 89/07/25 | 80 | SUGGESTION OF REMAND -- of B-18 Drew Morris -- signed by Judge Nangle -- dated 7/13/89 (ds) |
| 89/07/25 | 81 | SUGGESTION OF REMAND -- of B-40 Chrysler Credit Corporation; C-54 Daryl W. Reyand; C-57 Chrysler Credit Corporation and C-69 Laura Zaloga  (ds) |

P. 21

740

| | |
|---|---|
| 89/07/25 | CONDITIONAL REMAND ORDERS FILED TODAY -- B-18 Drew Morris v. Chrysler Corporation, E.D. Missouri, C.A. No. 88-770C(1) (D. South Carolina, C.A. No. 87-2696-3); B-40 Chrysler Credit Corporation v. Eldon W. Vernon v. Chrysler Motors, E.D. Missouri, C.A. No. 88-627C(1) (W.D. Oklahoma, C.A. No. CIV-88-237-T); C-54 Daryl W. Reyand, et al. v. Chrysler Motors Corporation, E.D. Missouri, C.A. No. 88-1508C(1) (S.D. Texass, C.A. No. H-88-1909); C-57 Chrysler Credit Corporation v. James D. Green, et al. v. Chrysler Corporation, E.D. Missouri, C.A. No. 88-1660C(1) (N.D. Alabama, C.A. No. CV-88-1166-S) and C-69 Laura Zaloga v. Chrysler Motors Corporation, E.D. Missouri, C.A. No. 89-290C(1) (E.D. Pennsylvania, C.A. No. 88-8938-JD) -- Notified involved counsel and judge (ds) |
| 89/08/04 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-79 Paul Q. Monier, et al. v. Chrysler Corp., et al., D. Arizona, C.A. No. CIV-89-357-TUC-RMB; D-80 Diana Deatherage, et al. v. Chrysler Motors Corp., W.D. Missouri, C.A. No. 89-0642-CV-W-6 and D-81 James M. Hume v. Chrysler Motors Corp., et al., W.D. Pennsylvania, C.A. No. 89-1409 -- Notified involved counsel and judges (rh) |
| 89/08/10 | CONDITIONAL REMAND ORDERS FINAL TODAY -- B-18 Drew Morris v. Chrysler Corporation, E.D. Missouri, C.A. No. 88-770C(1) (D. South Carolina, C.A. No. 87-2696-3); B-40 Chrysler Credit Corporation v. Eldon W. Vernon v. Chrysler Motors, E.D. Missouri, C.A. No. 88-627C(1) (W.D. Oklahoma, C.A. No. CIV-88-237-T); C-54 Daryl W. Reyand, et al. v. Chrysler Motors Corporation, E.D. Missouri, C.A. No. 88-1508C(1) (S.D. Texass, C.A. No. H-88-1909); C-57 Chrysler Credit Corporation v. James D. Green, et al. v. Chrysler Corporation, E.D. Missouri, C.A. No. 88-1660C(1) (N.D. Alabama, C.A. No. CV-88-1166-S) and C-69 Laura Zaloga v. Chrysler Motors Corporation, E.D. Missouri, C.A. No. 89-290C(1) (E.D. Pennsylvania, C.A. No. 88-8938-JD) -- Notified involved judge and clerks (cds) |
| 89/08/22 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-79 Paul Q. Monier, et al. v. Chrysler Corp., et al., D. Arizona, C.A. No. CIV-89-357-TUC-RMB; D-80 Diana Deatherage, et al. v. Chrysler Motors Corp., W.D. Missouri, C.A. No. 89-0642-CV-W-6 and D-81 James M. Hume v. Chrysler Motors Corp., et al., W.D. Pennsylvania, C.A. No. 89-1409 -- Notified involved judges and clerks  (cds) |

B.22

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/05/01 | 82 | SUGGESTION FOR REMAND -- of C-64 -- Filed in E.D. Missouri, signed by Judge John F. Nangle (dated 4/10/90) (rh) |
| 90/05/01 | | CONDITIONAL REMAND ORDER FILED TODAY -- C-64 John Wineinger, et al. v. Chrysler Motors Corporation, et al., E.D. Missouri, C.A. No. 89-647-C (D. Arizona, C.A. No. 88-CV-773) -- Notified involved counsel and judges (rh) |
| 90/05/17 | | CONDITIONAL REMAND ORDER FINAL TODAY -- C-64 John Wineinger, et al. V. Chrysler Motors Corp., et al., E.D. Missouri, C.A. No. 89-647-C (D. Arizona, C.A. No. 88-CV-773) -- notified involved judge and clerks  (cds) |
| 90/11/21 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- E-86 Deborah Campbell v. Chrysler Motors Corporation, et al., N.D. Alabama, C.A. No. CV90-N-2241-S -- Notified involved counsel and judges (rh) |
| 90/12/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-86 Deborah Campbell v. Chrysler Motors Corporation, et al., N.D. Alabama, C.A. No. CV90-N-2241-S -- Notified involved clerks and judges. (ds) |
| 91/09/10 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-12 Shirley P. Walitalo v. Lee Iacocca, et al., E.D. Missouri, C.A. No. 88-0016C(1) (E.D. Michigan, C.A. No. 87-CV-072634DT) -- Notified involved counsel and judges  (sg) |
| 91/09/24 | 83 | NOTICE OF OPPOSITION TO CRO -- filed by deft. Chrysler Corporation w/svc. (A-12 Shirley P. Walitalo v. Lee Iacocca, et al., E.D. Missouri, C.A. No. 88-0016C(1), (E.D. Michigan, C.A. No. 87-72634 DT) -- Notified involved counsel and judge (ds) |
| 91/10/11 | 84 | MOTION/BRIEF TO VACATE CONDITIONAL REMAND ORDER -- Filed by Defts. Lee Iacocca and Chrysler Corporation in A-12 Shirley P. Walitalo v. Lee Iacocca, et al., E.D. Missouri, C.A. No. 88-0016C(1) (E.D. Michigan, C.A. No. 87-CV-072634-DT) -- w/cert. of svc. (received 10/9/91) (rh) |

JPML FORM 1A

P23

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/10/18 | | HEARING ORDER -- setting Opposition of plfts. (A-12) Shirley P. Walitalo to transfer for Panel hearing on November 22, 1991 in West Palm Beach, Florida -- Notified involved clerks, judges and counsel (srg) |
| 91/10/29 | 85 | RESPONSE/BRIEF (to pldg. #84) -- filed by pltf. Shirley P. Walitalo w/svc. (ds) |
| 91/10/30 | 86 | SUGGESTIONS FOR REMAND -- Of B-23, B-31, B-33, B-36, B-41, C-59, C-66, C-67, C-71, C-73, C-75, C-80 -- filed in E.D. Missouri, signed by Judge John F. Nangle (dated 10/15/91) (kac) |
| 91/10/30 | | CONDITIONAL REMAND ORDERS FILED TODAY -- B-23 Walter A. Lytle v. Chrysler Corp, et al., E.D. Missouri, C.A. No. 88-0294C9(1), (N. Ind., C.A. No. F87-00341); B-31 Jon Ketzler, et al. v. Chrysler Corp., et al., E.D. Missouri, C.A. No. 88-0474C(1), (W. Ark., C.A. No. 88-5004); B-33 Leon Steward v. Chrysler Corp., et al., E.D. Missouri, C.A. No. 88-0622C(1), (N. Ala., C.A. No. CV-88-L-0229S); B-36 L.H. Carter v. Chrysler Corporation, E.D. Missouri, C.A. No. 88-0623C(1), (N. Ga., C.A. 1:88-CV-299-RHH); B-41 Carlan K. England v. Gallatin Chrysler-Plymouth-Dodge, Inc., et al., E.D. Missouri, C.A. No. 88-0628C(1), (M. Tenn., C.A. No. 3:88-0075); C-59 Jan Shout, et al. v. Chrysler Corp., E.D. Missouri, C.A. No. 88-1799C(1), (W. Mo., C.A. No. 88-0708-CV-W-6); C-66 Charles M. Mangus, et al., v. Swift Dodge, Inc., et al., E.D. Missouri, C.A. No. 89-0628C(1), (E. Cal., C.A. No. CV88-1573-LKK-EM); C-67 William Randolph Warner, et al. v. Chrysler Corp., et al., E.D. Missouri, C.A. No. 89-0158C(1), (S. Ga., C.A. No. CV488-242); C-71 Maude Moore v. Crown Dodge, Inc., et al., E.D. Missouri, C.A.No. 89-0646C(1), (N. Ala., C.A. No. CV88AR2369M); C-73 Phyllis M. Boucher v. Chrysler Corp., et al., E.D. Missouri, C.A. No. 89-0260C(1), (C. Cal., C.A. No. 88-7773-CBM (GHKx)); C-75 Chephis J. Smith, et al. v. Chrylser Corp., et al., E.D. Missouri, C.A. No. 89-0440C(1), (W. Mo., C.A. No. 89-0098-CV-W-JWO); C-80 Diana Deatherage, et al. v. Chrysler Corp. E.D. Missouri, C.A. No. 89-1587C(1), (W. Mo., C.A. No. 89-06422-CV-W-6) -- Notified involved counsel and judges (kac) |
| 91/11/18 | 87 | SUGGESTION FOR REMAND of A-12 -- Filed in E.D. Missouri, signed by Judge John F. Nangle (dated 8/24/91) (sg) re: Walito CRO filed on 91/9/10) |

P. 24

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- _____

| Date | Pleading Description |
|---|---|
| 91/11/14   88 | NOTICE OF OPPOSITION TO CRO -- Filed by deft. Chrysler Corp. in B-23 Walter A. Lytle v. Chrysler Corporation, et al., E.D. Missouri, C.A. No. 88-0294C(1) (N.D. Indiana, C.A. No. F87-00341)-- w/cert. of svc. -- Notified involved counsel and judges (sg) |
| 91/11/14   89 | NOTICE OF OPPOSITION TO CRO -- Filed by deft. Chrysler Corp. in B-31 Jon Ketzler, et al. v. Chrysler Corporation, et al., E.D. Missouri, C.A. No. 88-0474C(1) (W.D. Arkansas, C.A. No. 88-5004)-- w/cert. of svc. -- Notified involved counsel and judges (sg) |
| 91/11/14   90 | NOTICE OF OPPOSITION TO CRO -- Filed by deft. Chrysler Corp. in B-33 Leon Steward v. Chrysler Corporation, et al., E.D. Missouri, C.A. No. 88-0622C(1) (N.D. Alabama, C.A. No. CV-88-L-0229S) -- w/cert. of svc. -- Notified involved counsel and judges (sg) |
| 91/11/14   91 | NOTICE OF OPPOSITION TO CRO -- Filed by deft. Chrysler Corp. in B-36 L.H. Carter v. Chrysler Corp, et al., E.D. Missouri, C.A. No. 88-0623C(1) (N.D. Georgia, C.A. No. 1:88-CV-299-RHH) -- w/cert. of svc. -- Notified involved counsel and judges (sg) |
| 91/11/14   92 | NOTICE OF OPPOSITION TO CRO -- Filed by deft. Chrysler Corp. in B-41 Carlan England v. Gallatin Chrylser-Plymouth-Dodge, Inc., et al., E.D. Missouri, C.A. No. 88-0628C(1) (M.D. Tenn., C.A. No. 3:88-0075) -- w/cert. of svc. -- Notified involved counsel and judges  (sg) |
| 91/11/14   93 | NOTICE OF OPPOSITION TO CRO -- Filed by deft. Chrysler Corp. in B-59 Jan Shout, et al. v. Chrysler Corp, et al., E.D. Missouri, C.A. No. 88-1799C(91) (W.D. Missouri C.A. No. 88-0708-CV-W-6) -- w/cert. of svc. -- Notified involved counsel and judges  (sg) |
| 91/11/14   94 | NOTICE OF OPPOSITION TO CRO -- Filed by deft. Chrysler Corp. in C-67 Warner v. Chrysler Corp., et al., E.D. Mo., C.A. No. 89-0158 -- Notified involved counsel and judges. (rew) |
| 91/11/14   95 | NOTICE OF OPPOSITION TO CRO -- Filed by deft. Chrysler Corp. in Boucher v. Chrysler Corp., et al., E.D. Mo., C.A. No. 89-260 -- Notified involved counsel and judges. (rew) |
| 91/11/14   96 | NOTICE OF OPPOSITION TO CRO -- Filed by deft. Chrysler Corp. in Smith, et al. v. Chrysler Corp., et al., E.D. Mo., C.A. No. 89-440 -- Notified involved counsel and judges. (rew) |
| 91/11/14   97 | NOTICE OF OPPOSITION TO CRO -- Filed by deft. Chrysler Corp. in Moore v. Chrysler Corp., et al., E.D. Mo., C.A. No. 89-0646 -- Notified involved counsel and judges. (rew) |
| 91/11/14   98 | NOTICE OF OPPOSITION TO CRO -- Filed by deft. Chrysler Corp. in Deatherage, et al. v. Chrysler Corp., et al., E.D. Mo., C.A. No. 89-1587 -- Notified involved counsel and judges. (rew) |

Case MDL No. 740   Document 1   Filed 06/12/15   Page 25 of 50

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- Chrysler Motors Corp.

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/11/14 | 99 | NOTICE OF OPPOSITION TO CRO -- Filed by deft. Chrysler Corp. in Ketzler, et al. v. Chrysler Corp., et al., E.D. Mo., C.A. No. 88-074 -- Notified involved counsel and judges. (rew) |
| 91/11/18 | | See Pleading No. 87 Listed out of date order. |
| 91/11/22 | | HEARING APPEARANCES (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- WILLIAM T. MCLELLAN for Chrysler Corp., SHIRLEY WALITALO pro se (kac) |
| 91/11/22 | | WAIVERS OF ORAL ARGUMENT (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- State of Texas, State of Missouri  (kac) |
| 91/11/27 | 100 | REQUEST FOR EXTENSION OF TIME TO FILE MOTIONS AND BRIEF TO VACATE CONDITIONAL REMAND ORDER -- DEFT. CHRYSLER CORP. -- EXTENSION GRANTED TO AND INCLUDING JAN. 21, 1992 -- Notified involved counsel.  (rew) |
| 91/12/03 | | REMAND ORDER -- A-12 Shirley P. Walitalo v. Lee Iacocca, et al., E.D. Missouri, C.A. No. 88-0016C(1) (E.D. Michigan, C.A. No. 87-CV-72634-DT) (Action remanded to E.D. Michigan) -- Notified involved counsel, judges, clerks, panel judges (rh) |
| 92/01/24 | 101 | REQUEST FOR EXTENSION OF TIME TO FILE MOTION AND BRIEF TO VACATE CROs -- Defendant Chrysler Corp. -- Extension of Time GRANTED to and including February 24, 1992.  Notified involved counsel.  (rew) |
| 92/02/24 | 102 | MOTION/BRIEF TO VACATE CRO -- (Jon Ketzler, et al. v. Chrysler Corp., et al., E.D. Mo., 88-0474C(1) (W.D. Ark., 88-5004 and Leon Steward v. Chrysler Corp., et al., E.D. Mo., 88-0622 (N.D. Ala., CV-88-L-0229S) -- filed by deft. Chrysler Corp. w/schedule of actions and cert. of svc. (svc. incomplete) (ds) |
| 92/02/25 | | AMENDED CERTIFICATE OF SERVICE -- (to pldg. #102) filed by deft. Chrysler Corp. -- attached to pldg. #102 (bas) |
| 92/02/26 | | FIRST AMENDMENT TO THE HEARING ORDER AND ATTACHED SCHEDULE FILED FEBRUARY 20, 1992 -- amending Hearing Order to include oppositions of B-31 Jon Ketzler and B-33 Leon Steward ti transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **740** -- _____

| | DATE | REF. | Pleading Description |
|---|---|---|---|
| 92/03/05 | **103** | STIPULATION OF DISMISSAL -- filed by plts. and defts. in B-23; B-36; B-41; C-59; C-66; C-67; C-71; C-73; C-75; D-80; and XYZ-83 dated 2/14/92 (bas) |
| 92/03/05 | | ORDER VACATING CONDITIONAL REMAND ORDERS -- B-23; B-36; B-41; C-59; C-66; C-67; C-71; C-73; C-75; D-80; and XYZ-83 -- notified involved counsel, judge, and clerk (bas) |
| 92/03/09 | 104 | RESPONSE -- (to pldg. #102) Filed by pltfs. Jon Ketzler, et al. -- w/cert. of svc. (rh) |
| 92/03/27 | | WAIVER OF ORAL ARGUMENT (for Panel hearing on 3/27/92, in Chicago, Illinois) -- All parties waived (ds) |
| 92/04/03 | | REMAND ORDER FILED TODAY -- (B-31) John Ketzler, et al. v. Chrysler Corp., et al., E.D. Missouri, C.A. No. 88-047C(1) (W.D. Arkansas, C.A. CV88-5004 (**Action to remanded to W.D. Arkansas**);  (B-33) Leon Steward v. Chrysler Corp., et al., E.D. Missouri, C.A. No. 88-0622C(1) (N.D. Alabama, C.A. No. CV88-L-02295)(**Action remanded to N.D. Alabama**) -- Notified involved counsel, judges, clerks and panel judges (kac) |

JPML Form 1

Revised: 8/78

DOCKET NO. __740__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Chrysler Motors Corporation Overnight Evaluation Program Litigation

## SUMMARY OF LITIGATION

| Hearing Dates November 18, 1987 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Dec. 17, 1987 | TO | unpublished | E.D. Missouri | John F. Nangle | |
| | April 18, 1988 | TO | unpublished | #865 | | |

Earl Laxey (Courtroom Deputy)
279-6053

Marcia Darling (docket clerk)
279-4318    262-2348    539 2315

**Special Transferee Information**

DATE CLOSED: 4/3/92

Mrs. Eyvon Mendenhall
Clerk, U. S. District Court
1114 Market Street, Room 302
St. Louis, MO  63101

JPML-FORM 1

**LISTING OF INVOLVED ACTIONS**

Hon. John F. Nangle
E.D. Missouri

DOCKET NO. 740 -- In re Chrysler Motors Corporation Overnight Evaluation Program Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Alfred P. Bell, et al. v. Chrysler Motors Corporation | Ill.,S. Beatty | 87-5294 | 12/17/87 | 88-009CC() | 11/24/89D | |
| A-2 | Rachel Krug v. Chrysler Motors Corporation | Ill.,S. Beatty | 87-5295 | 12/17/87 | 88-0010CC() | 11/24/89D | |
| A-3 | Therese Jordan, et al. v. Chrysler Corporation | N.Y.,S. Cannella | 87-CIV-4616 | 12/17/87 | 88-0011CC() | 11/24/89D | |
| A-4 | Chrysler Motors Corporation v. Joe Culliper Chrysler-Plymouth, Inc., et al. | N.C.,E. Fox | 87-76-CIV-4 72 2 | DENIED | DENIED | | Denied OED 1/7/17 |
| A-5 | Patricia Bacon, et al. v. Chrysler Corporation | Pa.,E. ~~Newcomer~~ Hannum | 87-4104 | 12/17/87 | 88-0012CC() | 11/24/89D | |
| A-6 | James Donaldson v. Chrysler Motors Corporation | Pa.,E. Hannum | 87-3920 | 12/17/87 | 88-0013CC() | 11/24/89D | |
| A-7 | Keith Stennes, et al. v. Chrysler Motors Corporation | Mo.E. ~~Wash.,E. McDonald~~ Nangle | ~~G-87-429-AAM~~ 87-1762C | DO NOT COUNT | | 11/24/89D | |
| A-8 | Shirley A. Jones v. Chrysler Motors Corporation | Mo.,E. Hungate | 87-1180-C-3 | NTN | | 11/24/89D | |
| A-9 | George Saitta, et al. v. Chrysler Motors Corporation | Mo.,E. Hungate | 87-1201-C-3 | NTN | | 11/24/89D | |

DOCKET NO. 740 -- In re Chrysler Motors Corporation Overnight Evaluation Program Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Marjory E. Battle, etc. v. Chrysler Corporation | Mich.,E. Churchill BC | 87-CV-10239 | 12/17/87 | 88-0014C(1) | 11/24/89 D | |
| A-11 | Robert Casadei, et al. v. Chrysler Motors Corporation | Mich.,E. Suhrheinrich DT | 87-CV-73080 | 12/17/87 | 88-0015C(1) | 11/24/89 D | |
| A-12 | Shirley P. Walitalo, etc. v. Lee Iacocca, et al. | Mich.,E. Duggan DT | 87-CV-072634 | 12/17/87 | 88-0016C(1) | 12-3-91 | Remand |
| A-13 | Keith Stennes, et al. v. Chrysler Motors Corporation  *Duplicate* | Mo.,E. Gunn Limbaugh | 87-1762-C-5 | NTO | Appleton 7 | | |
| B-14 | Shirley J. Park v. Chrysler Motors Corporation 1-7-88 | N.D.Ill. Parsons | 87-C-9226 | 1-25-88 | 88-0165C(1) | 11/24/89 D | |
| B-15 | Mitchell Miles v. Chrysler Motors Corporation 1-7-88 | N.D.Ind. Sharp | L87-00114 | 1-25-88 | 88-0166C(1) | 4/4/89 D | |
| B-16 | Commonwealth of Kentucky, ex rel. David L. Armstrong, Attorney General v. Chrysler Motors Corporation 1-7-88  OPPOSED-1-21-88 | E.D.Ky. Bertelsman | 87-79 | | | | CTO Vacated 3-9-88 |
| B-17 | Homer G. Roth v. Chrysler Motors Corporation 1-7-88 | N.D.Ohio Dowd | C87-2938A | 1-25-88 | 88-0167C(1) | 4/4/89 D | |
| *★ B-18 | Drew Morris v. Chrysler Corporation 1-7-88  OPPOSED - 1-21-88 | D.S.C. Anderson | 6:87-2696-3 | 4/18/88 | 88-77dc(1) | 8/10/89 R | |
| B-19 | Eddie Clark v. Chrysler Corporation 1-7-88 | E.D.Tenn. Hull | 2-87-272 | 1-25-88 | 88-0168C(1) | 4/4/89 D | |
| B-20 | Nancy West v. Chrysler Motors Corporation, et al. 1-7-88  OPPOSED-1-21-88 | D.Vt. Billings | 87-237 | 4/18/88 | 88-771(e)(1) | 5/28/91 D | |

DOCKET NO. 740 -- In re Chrysler Motors Corporation Overnight Evaluation Program Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-21 | Steven A. Maugh, et al. v. Chrysler Corporation, et al. 1/25/88 | W.D.Mo. Sachs | 87-6141-CV-SJ-6 | | | | CTO Vacated 3-5-88 |
| B-22 | David Pinkowsky v. Chrysler Motors Corporation, et al. 1/25/88 2/9/88 | E.D.Pa. Troutman | 87-6079 (MT) | 4/18/88 | 88-772C(1) | 3/17/89 | |
| B-23 | Walter A. Lytle v. Chrysler Motors Corporation, et al. 1/25/88 | N.D.Ind. Lee | F87-00341 | 2/10/88 | 88-294C(1) | 2/14/92 | |
| B-24 | Ronald L. Beck, Sr., et al. v. Chrysler Motors Corporation opposed 1/25/88 2/11/88 | W.D.N.C. Potter | C-C-87-0503-P | 4/18/88 | | 8/10/88 | |
| XYZ-25 | Joseph I. Lieberman etc. v. Chrysler Motors Corp. | E.D.Mo. Nangle | 88-0072-C-1 | NTN | | 1/24/89 D | |
| B-26 | Margaret W. Bentley v. Chrysler Motors Corporation 1/27/88 | N.D.Ga. Hall | C87-2781A | | 88-293C(1) | 4/16/89 D | |
| B-27 | Ken Duckett v. Chrysler Motors Corporation 2-8-88 | Ala.,N. Lynne | CV88-L-5010-NE | 2-24-88 | 88-0388C(1) | 9/19/90 D | |
| B-28 | John J. McCarthy v. Chrysler Motors Corporation 2-9-88 opposed | D. Mass. Freedman | 88-0002-F | 6-2-88 | 88-1082C(1) | 4/11/89 D | |
| B-29 | Elbert H. Agee v. Chrysler Corporation et al. 2-9-88 | Ky.,W. Johnstone | C-87-0772 L-J | 2/22/88 | 88-0387C(1) | 4/11/89 D | |
| B-30 | Lynn Rosenthal v. Cini & Lopez, Inc., et al. 2-19-88 opposed 3-8-88 | E.D.Mich. Suhrheinrich | 87-CV-74555-DT | 6-2-88 | 88-1084C(1) | 4/11/89 D | |
| B-31 | Jon Ketzler, et al. v. Chrysler Corporation, et al. 2-19-88 | Ark.,W. Waters | 88-5004 | 3/15/88 | 88-0474C(1) | 4/3/92 R | |
| B-32 | Billy Ray Holmes v. Chrysler Motors Corporation, et al. 2-19-88 | Miss.,S. Wingate | H-88-0013(W) | 3/15/88 | 88-0473C(1) | 4/11/89 D | |

JPML FORM 1 -- Continuation ®                                    Listing of Involved Actions -- p. _4_

DOCKET NO. ___740___ -- In re Chrysler Motors Corporation Overnight Evaluation Program Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-33 | Leon Steward v. Chrysler Motor Company, et al. 3-3-88 | N.D.Ala. Lynne | CV-88-L-0229S | 3/21/88 | 88-0622C(1) | 4/3/92 R] | |
| B-34 | Jimmie Hill, et al. v. Chrysler Corporation, et al. 3-3-88 oppose 3-18-88 | N.D.Ala. Guin | CV-88-G-0274S to NST count] | | | 4/22/88 | Vacated |
| B-35 | Harold E. Horton v. Chrysler Corporation 3-3-88 oppose 3-18-88 | N.D.Ala. Acker | CV-88-AR-0285S | 4/11/88 | 88-0739C | 9/19/90 D | |
| B-36 | L. H. Carter v. Chrysler Corporation, et al. 3-3-88 | N.D.Ga. Hall | 1:88-CV-299-RHH | 3/21/88 | 88-0623C(1) | 2/14/92 | 4 |
| B-37 | Estelle T. Phillips v. Claude Debeaux, Inc., et al. 3-3-88 | W.D.La. Stagg | CV-88-0155S | 3/21/88 | 88-0621C(1) | 5/14/89 D | |
| B-38 | Frankie M. Strong v. Chrysler Corporation, et al. 3-3-88 | S.D.Miss. Gex | S88-0003(GN) | 3/21/88 | 88-0618C(1) | 4/18/89 D | |
| B-39 | Ted J. Lumpert v. Chrysler Motors Corporation 3-3-88 | S.D.Miss. Gex | S88-0159(GN) | 3/21/88 | 88-0446C(1) | 2/3/89 D | |
| ✳ B-40 | Chrysler Credit Corporation v. Eldon W. Vernon v. Chrysler Motors 3-3-88 | W.D.Okla. Thompson | CIV-88-237-T | 3/21/88 | 88-0620C(1) | 8/10/89 R | |
| | | | | | 88-1028C(1) | 2/14/92 | 4 |
| B-41 | Carlan K. England v. Gallatin Chrysler-Plymouth-Dodge, Inc., et al. 3-3-88 | M.D.Tenn. Nixon | 3:88-0075 | 3/21/88 | | | |
| B-42 | William H. Bruser, III v. Chrysler Corporation, et al. 3/16/88 | N.D.Ala. Acker | CV88-P-0225S | 4/1/88 | 88-670C(1) Closed | | |
| B-43 | Christopher May v. Chrysler Motors Corporation 3/16/88 | N.D.Ind. Moody | H88-0087 | 4/1/88 | 88-671C(1) | 3/21/89 D | |
| B-44 | Connie A. Patsiner, et al. v. Chrysler Motors Corporation, et al. 3/16/88 | S.D.Ind. McKinney | IP88-271-C | 4/1/88 | 88-672C(1) | 7/14/89 D | |
| B-45 | Ronald Harper v. Bryan Bickmore Dodge, Inc., et al. 3/16/88 opposed 3/30/88 | D.Ore. Frye | CV88-0176-FR | 6-2-88 | 88-1083C(1) S | 4/4/89 D | |

DOCKET NO. 740 -- IN RE CHRYSLER MOTORS CORPORATION OVERNIGHT EVALUATION PROGRAM LITIGATION.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-46 | Eugene R. Berry v. Chrysler Motors Corporation, et al. 4-1-88 | Fla.,S. Paine | 88-8122 CIV-PAINE | 4-19-88 | 88-195 CC(S | 4/18/89 D | |
| B-47 | Thomas E. Hayes v. Chrysler Motors Corp. 5/5/88 | E.D.Wisc. Warren | 88-C-0334 | 5/23/88 | 88-1057 CC(N | 4/16/89 D | |
| B-48 | Oscar James, et al. v. Chrysler Motors 5/11/88 | S.D.Miss. Wingate | J88-0204(W) | 5/27/88 | 88-1061 C(D | 4/4/89 D | |
| B-49 | Betty Jo Dawson v. Magic City Dodge, Inc., et al. 5-26-88 | N.D.Ala. Pointer | CV88-P-0669S | 6-7-88 | 88- | 7/01/88 D | |
| B-50 | Suzanne Wintner v. Chrysler Motors Corporation 5-26-88 July 1988 - #1 Pel & #42/45 | N.D.Ohio Manos | C88-1066 | 6/3/88 | 88- | 4/4/89 D Pending | |
| B-51 | Dwight E. Fleming v. Chrysler Corporation 7-6-88 6/21/88 | W.D.Tenn. McRae | 88-2242-4-B | 7/26/88 | 88-1462 C(W | 4/11/89 D | |
| B-52 | Bonita R. Cleary v. Chrysler Motors Corporation, et al. 6/21/88 7-6-88 | E.D.Va. Spencer | 88-0267-R | 10/11/88 | 88-1986 C(N | 2/22/88 D | |
| C-53 | Iona Taips v. Chrysler Motors Corp. 7/14/88 | N.D.Ohio White | C88-1703 | 8/1/88 | 88-1507-C | 4/11/89 D | |
| C-54 | Daryl W. Reynard, et al v. Chrysler Motors Corp. 7/14/88 | S.D.Tex. Hoyt | H-88-1909 | 8/1/88 | 88-1508C(D | 8/10/89 R | |
| C-55 | Howard L. Sentell, Jr. v. Chrysler Motors, Inc. 7/22/88 | E.D.Tenn. Hull | 3-88-485 | 8/9/88 | 88-1545C(W | 7/14/89 D | |
| C-56 | Charles A. Jonietz v. Chrysler Motors Corporation 8-3-88 | E.D.Tex. Hall | B-88-00658 CA | 8/19/88 | 88-1655C | 4/11/89 D | |

DOCKET NO. 740 -- In re Chrysler Motors Corporation Overnight Evaluation Program Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-57 | Chrysler Credit Corporation v. James D. Green, et al. v. Chrysler Corporation 8-9-88 | N.D.Ala. Clemon | CV88-C-1166-S | 8/25/88 | 88-1660C | 8/10/89 R | |
| C-58 | Virgil Reeder v. Oak Ridge Chrysler-Dodge-Plymouth, Inc., et al. 8/11/88 opposed 8/26/88 | E.D.Tenn. Jarvis | 3-88-597 | 11-22-88 | 88-2270-C | 4/11/89 D | |
| C-59 | Jan Shout, et al. v. Chrysler Motors Corporation 8/26/88 | W.D.Mo. Sachs | 88-0708-CV-W-6 | 9/13/88 | 88-1799C | 2/14/92 | * |
| C-60 | Gene T. Edwards, et al. v. Chrysler Motors Corp., et al. 9/14/88 opposed 9/2-88 | E.D.Cal. Karlton | CIVS-88-1050 LKK-JFM | 11-22-88 | 88-2271-C | 4/11/89 D | |
| C-61 | Barbara M. Alter v. Chrysler Corporation, et al. 11/7/88 opposed 11/21/88 | E.D.Mich. Duggan | 88-CV-74064-DT | 2-6-89 | 89-218-C1 | 4/11/89 D | |
| C-62 | Samuel B. Calvin v. Chrysler Motors Corporation 11/29/88 | N.D.Ohio Batchelder | C88-4033 | 12/15/88 | 88-2485-C1 | 4/11/89 D | |
| C-63 | Ivie L. Johnson v. Chrysler Corporation, et al. 12-5-88 | N.D.Ala. Lynne | CV88-L-1906-S | 12/24/88 | 88-2484-C1 | 7/14/89 D | |
| C-64 | John Wineinger, et al. v. Chrysler Motors Corporation, et al. 12-5-88 opposed 12/19/88 | D.Ariz. Browning | 88-CV-773 | 4/5/89 | 89-647-C | 5/17/90 R | |
| C-65 | Charles G. Backus, et al. v. Chrysler Motors Corporation 12-5-88 | E.D.Va. MacKenzie | 88-171-NN | 12/24/88 | 88-2486-C1 | 4/11/89 D | |
| C-66 | Charles M. Mangus, et al. v. Swift Dodge, Inc., et al. 1/11/89 | E.D.Cal. Karlton | CV88-1573-LKK-EM | 1/27/89 | 89-157-C | 2/14/92 | 4 |
| C-67 | William Randolph Warner, et al. v. Chrysler Corporation, et al. 1/11/89 | S.D.Ga. Alaimo | CV488-242 | 1-27-89 | 89-158-C1 | 2/14/92 | 4 |
| C-68 | Robert L. McCormick, et al. v. McFadden Friendly Motors, et al. 1/11/89 | W.D.Mich. Hillman | K88-362CA8 [DO NOT COUNT] | | CTC VACATED 2/1/89 | | |

DOCKET NO. 740 -- In re Chrysler Motors Corporation Overnight Evaluation Program Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✱ C-69 | Laura Zaloga v. Chrysler Motors Corporation 1/11/89 Opposed 1-27-89 | E.D.Pa. Dubois | 88-8938-JD | 2-16-89 | 89-0290 (D) | 8/10/89 R | |
| C-70 | Gerald Ruscitti, et al. v. Chrysler Motors Corporation 1/11/89 | N.D.Ill. Rovner | 88C10362 | 1-27-89 | 89-159-C | 12/21/89 D | |
| C-71 | Maude Moore v. Crown-Dodge, Inc., et al. 1/17/89 Opposed 1-31-89 | N.D.Ala. Acker | CV88AR2369M | 4/5/89 | 89-646C | 12/14/92 4/4/89 D | 4 |
| C-72 | James P. Kilbane v. Chrysler Motors Corporation 1/17/89 | N.D.Ohio Dowd | 1:88CV4602 | 2/2/89 | 89-219C (D) | | |
| C-73 | Phyllis M. Boucher v. Chrysler Motors Corp., et al. 1/26/89 | C.D.Cal. Marshall | 88-7773-CBM (GHKx) | 2/3/89 | 89-0260C (D) | 2/14/92 | 4 |
| C-74 | Barbara N. Chrzanowski v. RDS Management d/b/a Shuman Motor Sales, Inc., et al. 1/26/89 | E.D.Mich. LaPlata | 88-CV-60411 | 2/3/89 | 89-0261C (D) | 2/14/92 closed | moved or 4/28/92 |
| C-75 | Chephis J. Smith, et al. v. Chrysler Motors Corporation, et al. 2-22-89 | W.D.Mo. Oliver | 89-0098-CV-W-JWO | MAR 10 1989 | 89-040-C-1 | 2/14/92 | 4 |
| C-76 | Jack Threadgill v. Chrysler Motors Corporation 2-27-89 Opposed 3/16/89 | N.D.Tex. Woodward W | CA-1-89-0028 [#] | 4/11/89 | 89-706-C1 | 8/21/91 closed | moved or 4/28/92 |

July 1989 - 25 TR/26 Dis/#### Pending

DOCKET NO. __740__ -- In re Chrysler Motors Corporation Overnight Evaluation Program Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-77 | John Helm, et al. v. Chrysler Corporation, et al. 6-20-89 | S.D.Ill. Stiehl | 89-3307 | 7-6-89 | 89-1290C(1) | Closed | |
| D-78 | William R. Johnson, et al. v. Chrysler Motors Corporation, et al. 6-20-89 | W.D.Tenn Turner | 89-2300-Tu-A | 7-6-89 | 89-1289C(1) | 9/26/92 | |
| D-79 | Paul Q. Monier, et al. v. Chrysler Corporation, et al. 8-4-89 | D.Ariz. Bilby | CIV-89-357-TUC-RMB | 9/22/89 | 89-1586C-1 | 10/25/87 | |
| D-80 | Diana Deatherage, et al. v. Chrysler Motors 8-4-89 | W.D.Mo. Sachs | 89-0642-CV-W-6 | 9/22/89 | 89-1587-C-1 | 2/14/92 | 4 |
| D-81 | James M. Hume v. Chrysler Motors Corporation, et al. 8-4-89 | W.D.Pa. Cohill | 89-1409 | 8-22-89 | 89-1588C(1) | 5/13/91 Closed | |
| XYZ-82 | George Schrader, et al. v. Chrysler Motors Corp., Inc. | Mo.,E. | 90-546-C-1 | | ⟶ | closed | refiled on 4/20/92 |
| XYZ-83 | Aronold W. Parnes v. ChryslerMotors Corp., | Mo.,E. | 90-662-C-1 | | | 2/14/92 | |
| XYZ-84 | Craig Adler, et al. v. Chrysler Corp., et al. | Mo.,E. | 89-1248C(1) | | | 8/10/90 | |
| XYZ-85 | Walter Gronek, Jr., v. Chrysler Corp., et al. | Mo.,E. | 89-1261C(1) | | | 8/10/90 | |
| | July 1990 - 5 TR/4 XX2/11 dis /6 Rem/26 Pending) | | | | | | |
| E-86 | Deborah Campbell v. Chrysler Motors Corporation, et al. 11-21-90 | Ala.,N. Nelson | CV90-N-2241-S | 12/7/90 | 90-2307-C-1 | remanded to State court 4/30/91 | |
| | July 1991 - 1 TR / 2 dis / 7 Pending | | | | | | |
| | July 1992 - 14 dis / 3 remanded Litigation Closed | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __740__ -- __CHRYSLER MOTORS CORP. OVERNIGHT EVALUATION__

__PROGRAM LITIGATION__

* Appointed by J. Nangle's Order 2/24/88

* CLASS PLAINTIFFS' LEAD COUNSEL
Dianne M. Nast, Esq.
Kohn Savett, Klein & Graf
1101 Market Street, Suite 2400
2400 One Reading Center
Philadelphia, Pa.  19107

David Berger, Esquire
Berger & Montague
1622 Locust Street
Philadelphia, Pa.  19103

* PLAINTIFFS' LIAISON COUNSEL
Hardy C. Menees, Esq.
Ebert, Menees & Kriegel
8000 Bonhomme, Suite 207
Clayton, MO 63105 (314-721-4141)

Michael W. Newport, Esq.
Guilfoil, Petzall & Shoemake
100 N. Broadway, Suite 2000
St. Louis, MO  63102 (314-241-6890)

* ATTORNEYS GENERAL LEAD COUNSEL
Stephen Gardner, Esq.
Asst. Texas Attorney General
714 Jackson, Suite 700
Dallas, TX  75202

* ATTORNEYS GENERAL LIAISON COUNSEL
Clayton Friedman, Esquire
Asst. Missouri Attorney General
111 N. 7th St,, Suite 903
St. Louis, MO  63101

TAG-ALONG PLAINTIFFS' LEAD COUNSEL
Charles M. Thompson, Esquire
Thompson, Griffis & Hooper P.C.
2140 11th Avenue South
Suite 300
Birmingham, Alabama  35205

LIAISON COUNSEL FOR TAG-ALONG PLAINTIFFS
David S. Purcell, Esquire
689 Craig Road, #12
St. Louis, MO  63141-7124

CHRYSLER MOTORS CORPORATION
Charles A. Newman, Esquire
Thompson & Mitchell
One Mercantile Center
Suite 3400
St. Louis, Mo.  63101 (341-444-6816)

William T. McClellan, Esquire
Chrysler Motors Corporation
12000 Chrysler Drive
Highland Park, Mich.  48288



JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __740__ __ In re Chrysler Motors Corporation Overnight Evaluation

Program Litigation

---

CHRYSLER MOTORS CORPORATION
CHRYSLER CORPORATION
LEE IACOCCA
Charles A. Newman, Esquire
Thompson & Mitchell
One Mercantile Center
Suite 3200
St. Louis, Missouri  63101

ALFRED P. BELL, ET AL. (A-1)
Jerome J. Schlichter, Esquire
Schlichter Law Associates
100 So. Fourth St., Suite 900
St. Louis, Missouri  63102

RACHEL KRUG (A-2)
JAMES DONALDSON (A-6)
Dianne M. Nast, Esq.
Kohn, Savett, Klein & Graf
1101 Market Street, Suite 2400
2400 One Reading Center
Philadelphia, Pennsylvania  19107

THERESE JORDAN, ET AL. (A-3)
Arthur R. Greenberg, Esq.
Goldfarb & Greenberg
233 Broadway
New York, New York  10279

CHRYSLER MOTORS CORPORATION (A-4)
Kenton E. Knickmeyer, Esq.
(listed above)

PATRICIA BACON, ET AL. (A-5)
Richard D. Greenfield, Esq.
Greenfield & Chimicles
One Haverford Centre
361 Lancaster Avenue
Haverford, Pennsylvania  19041

A-13

KEITH STENNES, ET AL. (A-7)
Dale M. Foreman, Esq.
Jardine, Foreman & Appel
701 North Chelan Street
P.O. Box 3125
Wenatchee, Washington  98801

SHIRLEY A. JONES (A-8)
GEORGE SAITTA, ET AL. (A-9)
David Berger, Esq.
Berger & Montague
1622 Locust Street
Philadelphia, Pennsylvania  19103

JOE P. CULLIPHER
JOE CULLIPHER CHRYSLER-PLYMOUTH, INC. (A-4)
John F. Graybeal, Esq.
Adams, McCullough & Beard
One Exchange Plaza
P.O. Box 389
Raleigh, North Carolina  27602

MARJORY E. BATTLE, ETC. (A-10)
Leonard C. Battle, Esquire
200 East Main Street
Midland, Michigan  48640

ROBERT CASADEI, ET AL. (A-11)
Jerry S. Cohen, Esquire
Cohen, Milstein and Hausfeld
Suite 600
1401 New York Ave., N.W.
Washington, D.C. 20005

Mark H. Steinbach, Esquire
Suite 812
1140 Connecticut Ave., N.W.
Washington, D.C. 10036

SHIRLEY P. WALITALO (A-12)
P.O. Box 5244
St. Augustine, Florida 32085

Opposed 9/24/91

KEITH STENNES, ET AL. (A-13)
Dale M. Foreman, Esq.
(listed above)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____2_____

DOCKET NO. __740__ -- _____

SHIRLEY J. PARK (B-14)
Robert A. Holstein, Esq.
Holstein, Mack & Dupree
250 South Wacker Drive
Penthouse Suite
Chicago, Illinois  60606

MITCHELL MILES (B-15)
James E. McCabe, Esq.
113 North Monroe Street
Williamsport, Indiana  47993

COMMONWEALTH OF KENTUCKY, ex rel. DAVID
L. ARMSTRONG, ATTORNEY GENERAL (B-16)
Fred Cowen, Attorney General
Robert V. Bullock, Asst. Atty. General
Consumer Protection Division
209 St. Clair Street
Frankfort, Kentucky  40601-1875

HOMER G. ROTH (B-17)
E.K. Wright, Esq.
P.O. Box 711
New Philadelphia, Ohio  44663

DREW MORRIS (B-18)
Thomas W. Traxler, Esq.
Carter, Smith, Merriam, Rogers
  & Traxler
P.O. Box 10828
Greenville, South Carolina  29603

EDDIE CLARK (B-19)
Eddie Lauderback, Esq.
302 Sunset Drive
Suite 111
Johnson City, Tennessee  37604

NANCY WEST (B-20)
Thompson, Griffis and Hooper
2140 11th Avenue, South
Birmingham, Alabama  35205

CAPITAL CHRYSLER (Deft. in B-20)
Capital Chrysler
Barre-Montpelier Road
Barre, Vermont  05641

STEVEN A. MAUGH, ET AL, (B-21)
John F. Burns, Esq.
Strop, Roberts, Thomas & Burns   VACATED
302 Robidoux Center
St. Joseph, MO  64501

DAVID PINKOWSKY (B-22)
Edward J. McKarski, Esq.
531 Main Street, Suite 201  opposed 2/9/88
Bethlehem, PA  18018

WALTER A. LYTLE (B-23)
Stephen J. Lerch, Esq.
Daniel G. Pappas, Esq.
Levine & Lerch
127 W. Berry Street, Suite 1111
Fort Wayne, IN  46802

RONALD L. BECK, SR., ET AL. (B-24)
Louis L. Lesesne, Jr., Esq.
Gilespie, Lesesne & Connette   opposed 2/11/88
1001 Elizabeth Avenue, Suite 1-D
Charlotte, NC  28204

CAR CITY MOTOR CO., INC. (deft. B-21)
John Manning, Esq.
Utz, Litvak, Summers, Powers & Manring
Suite 300, Frederick Towers
2400 Frederick Avenue
St. Joseph, MO  64506

DICK MILHAM CHRYSLER PLYMOUTH, INC. (deft. B-22)
Michael O'S. Floyd, Esq.
Drinker Biddle & Reath
1100 PNB Bldg.
Broad & Chestnut Sts.
Philadelphia, PA  19107

POINSATTE MOTORS, INC. (deft. B-23)
Poinsatte Motors, Inc.
200 S. Clinton St.
Ft. Wayne, IN  46802

WILLIAM H. FOWLER, III (deft. B-22)
William H. Fowler, III
1130 West Broad Street
Bethlehem, PA  18018

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___3_____

DOCKET NO. __740____ -- __In re Chrysler Motors Corporation Overnight Evaluation Program__
Litigation

MARGARET W. BENTLEY (B-26)
Johnny W. Mason, Jr., Esq.
One CNN Center
Suite 1260 - South Tower
Atlanta, Georgia  30303-2705

KEN DUCKETT (B-27)
Charles M. Thompson, Esquire
Thompson, Griffis & Hooper, P.C.
2140 11th Avenue South
Suite 300
Birmingham, Alabama  35205

JOHN J. McCARTHY     (B-28)
John J. McCarthy, Esquire
Doherty, Wallace , Pillsbury & Murphy
1391 Main Street
Springfield, MA  01103

ELBERT H. AGEE     (B-29)
Sidney Hanish, Esquire
835 W. Jefferson St., Suite 200
Louisville, Kentucky  40202

PERKINS MOTORS INC.  (Deft. B-29)
Charles Ricketts, Jr., Esquire
Ricketts & Travis
4055 Shelbyville Road
Louisville, Kentucky  40207

LYNN ROSENTHAL (B-30)
John Modrzejewski, Esq.
Schlussel & Drazin
22401 W. 8 Mile Road
Detroit, MI  48219

Opposed
3-3-88

CINI & LOPEZ, INC. (Deft. in B-30)
Harold W. Goodstein, Esq.
30301 Northwestern Highway
Suite 300
Farmington Hills, Michigan  48018

TAMAROFF DODGE, INC. (Deft. in B-30)
Myles B. Hoffert, Esq.
Suite 2990
3000 Town Center
Southfield, Michigan  48075

JON KETZLER, ET AL.  (B-31)
Gary Carson, Esquire
118 N. Block
Fayetteville, AR  72701

CHRYSLER CREDIT CORPORATION (Deft. B-31)
Robert W. Bishop, Esquire
512 Stevens Building
623 Garrison
Post Office Box 1446
Fort Smith, AR  72902

HOUSTON-TAYLOR MOTORS, INC. (Deft. B-31)
William K. Greenhaw, Esquire
22 E. Center
Fayetteville, AR  72701

BILLY RAY HOLMES  (B-32)
Kash M. Butani, Esquire
Post Office Box 288
Tylertown, MS  39667

MAGIC CITY MOTORS, INC. (Deft. B-32)
Conrad Mord, Esquire
Post Office Drawer 311
Tylertown, MS  39667

LEON STEWARD (B-33)
Charles M. Thompson, Esq.
Thompson & Griffis
2140 11th Avenue South
Suite 300
Birminghanm, AL  35205

Carolyn Steward. Esq.
2000 North 1st Avenue
Birmingham, AL  35203

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 4

DOCKET NO. 740 --

LEON STEWARD (B-33)
~~Carolyn L. Williams, Esq.~~
~~Suite 500 A~~
~~310 North 18th Street~~
~~Birmingham, Alabama  35203~~
*Corr. Returned*

JIM LIMBAUGH CHRYSLER (Deft. in B-33)
Robert C. Ledbetter, Esq.
425 19th Street, Ensley
Birmingham, Alabama  35218

JIMMIE HILL, ET AL. (B-34)
HAROLD E. HORTON (B-35)
Charles M. Thompson, Esq.
Thompson, Griffis & Hooper
Suite 300, The Park Building
2140 11th Avenue South
Birmingham, Alabama  35205

*Opposed*

CROWN DODGE, INC. (Deft. in B-34 & B-38)
William D. Russell, Esq.
P.O. Box 405
Gadsden, Alabama  35902

L. H. CARTER (B-36)
Jack Freddie Witcher, Esq.
601 Pacific Avenue
P.O. Box 1330
Bremen, Georgia  30110

Thomas Michael Flinn, Esq.
Word & Flinn
402 Tanner Street
P.O. Box 36
Carrollton, Georgia  30117

CARROLLTON CAR CENTER, INC. (Deft. in B-36)
Robert Usher Wright, Esq.
Freeman & Hawkins
2 Peachtree Street, N.W.
2800 First Atlanta Tower
Atlanta, Georgia  30383

Joseph Nevin Smith, Esq.
206 Tanner Street
P.O. Box 1009
Carrollton, Georgia  30117

ESTELLE T. PHILLIPS (B-37)
C. Vernon Richie, Esq.
Richie & Richie
1800 Creswell Avenue
P.O. Box 44065
Shreveport, Louisiana  71134

CLAUDE DEBEAUX, INC. (Deft. in B-37)
Fred H. Sutherland, Esq.
Beard & Sutherland
Beck Building, Suite 1103
Shreveport, Louisiana  71101

FRANKIE M. STRONG (B-38)
Chester D. Nicholson, Esq.
Nicholson & Nicholson
P.O. Box 162
Gulfport, Mississippi  39502

TED J. LUMPERT (B-39)
David R. Smith, Esq.
Smith, Smith, Tate & Cruthird
302 South Julia Street
P.O. Box 393
Poplarville, Mississippi  39470

CHRYSLER CREDIT CORPORATION (B-40)
Mike Lloyd, Esq.
3810 North Peniel
Bethany, Oklahoma  73008

ELDON W. VERNON (Deft. in B-40)
Jim Brent Smalling, Esq.
210 South Fourth
Suite B
Chickasha, Oklahoma  73018

CARLAN K. ENGLAND (B-41)
Charles M. Thompson, Esquire
Thompson, Griffis & Hooper, P.C
2140 11th Avenue South, Suite 300
Birmingham, Alabama  35205

GALLATIN CHRYSLER-PLYMOUTH-DODGE, INC. (Deft. in B-41)
Robert L. Levi, Esq.
Lockridge & Becker
P.O. Box 107
Knoxville, Tennessee  37901

Rodger Bowman, Esq.
P.O. Box 1109
Clarksville, Tennessee  37040

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___5___

DOCKET NO. _740_ -- _In re Chrysler Motors Corp. Overnight Evaluation Program Litigation_

=======================================================================

WILLIAM H. BRUSER, III (B-42)
Charles M. Thompson, Esq.
Park Building, Suite 300
2140 11th Avenue South
Birmingham, Alabama 35205

STRICKLAND CHRYSLER PLYMOUTH DODGE, INC. (Deft.
Conrad M. Fowler, Jr., Esq.          in B-42)
P.O. Box 521
Columbiana, Alabama 35051

CHRISTOPHER MAY (B-43)
Charles A. Myers, Esq.
Cheryl T. Maimona, Esq.
McHie, Myers & McHie
53 Muenich Court
Hammond, Indiana 46320

CONNIE A. PATSINER (B-44)
John F. Sullivan, Jr., Esq.
1101 Peoples Bank Building
Indianapolis, Indiana 46204

EASTGATE CHRYSLER PLYMOUTH, INC. (Deft. in B-44)
Richard L. Tandy, Esq.
Wilson, Limeberry & Tandy
P.O. Box 531
Greenwood, Indiana 46142

RONALD HARPER  (B-45)
Ivan M. Karmel, Esquire
610 S.W. Alder St., Suite 800
Portland, Oregon 97205

BRYAN BICKMORE DODGE, INC. (deft. B-45)
Lee Aronson, Esq.
Holmes, DeFranco & Schulte, P.C.
811 S.W. Front Avenue - Fifth Floor
Portland, Oregon 97204

EUGENE R. BERRY    (B-46)
Terrell K. Arline, Esquire
325 Clematis Street, Suite B
West Palm Beach, Florida 33401

FLORIDA CHRYSLER PLYMOUTH (Deft. B-46)
Leigh R. Shinohara, Esquire
1937 Okeechobee Boulevard
West Palm Beach, Florida 33401

THOMAS E. HAYES (B-47)
Thomas E. Hayes, Pro Se
9600 W. Vera Avenue
Milwaukee, Wisconsin 53224

OSCAR JAMES, ET AL. (B-48)
Jessie L. Evans, Esq.
P.O. Box 23024
401 East Capitol, Suite 226
Jackson, Mississippi 39225-3024

BETTY JO DAWSON (B-49)
E. Ray Large, Esq.
1407 City Federal Building
Birmingham, Alabama 35203

MAGIC CITY DODGE, INC. (Deft. in B-49)
MAGIC CITY DODGE, INC.
9820 Parkway East
Birmingham, Alabama 35215

CHRYSLER SERVICE CONTRACTS (Deft. in B-49)
CHRYSLER SERVICE CONTRACTS
P. O. Box 2700
Troy, Michigan 48007-2700

SUZANNE WINTNER (B-50)
Edward I. Stillman, Esq.
Miller, Stillman & Bartel
1610 Euclid Avenue
Cleveland, Ohio 44115

DWIGHT E. FLEMING (B-51)
Charles E. Traylor, Esq.          opposed 7/6/88
202 Adams Avenue
Memphis, Tennessee 38103

BONITA R. CLEARY (B-52)
William H. Shewmake, Esq.          opposed
Coates & Davenport                7/6/88
200 West Franklin Street
Richmond, Virginia 23220

J.T.W. ENTERPRISES, INC. (Deft. in B-52)
David Meade White, Esq.
White, Blackburn & Conte
300 West Main Street
Richmond, Virginia 23220

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___6___

DOCKET NO. _740_____  -- _____

---

IONA TAIPS (C-53)
Edward Stillman
(same as B-50)

DARYL W. RENARD, ET AL. (C-54)
John H. Lemons, Esquire
Lemons & Tschirhart
1919 Smith, Suite 880
Houston, Texas   77002

HOWARD L. SNETELL, JR. (C-55)
Edward L. Summers, Esqurie
912 South Gay Street
Suite 910
Post Office Box 1108
Knoxville, Tennessee   37901

CHARLES A. JONIETZ (C-56)
Michael S. Ratcliff, Esquire
Post Office Box 987
Jasper, Texas   75951

CHRYSLER CREDIT CORPORATION (C-57)
William B. Harston, Jr., Esq.
109 North 20th Street
Birmingham, Alabama   35203

JAMES D. GREEN
BETTYE S. GREEN (Defts. in C-57)

Charles M. Thompson, Esquire
Thompson, Griffis & Hooper P.C.
2140 11th Avenue South, Suite 300
Birmingham, Alabama   35205

VIRGIL REEDER (C-58)
Lisa June Cox, Esq.            *opposed 8/26/88*
Hill, Boren & Strickland
1259 North Highland
Jackson, Tennessee   38303-3539

Squire Ogle, Esq.
106 Main Street
Knoxville, Tennessee   37902

---

OAK RIDGE CHRYSLER-DODGE-PLYMOUTH, INC.
Squire Ogle, Esq.
106 Main Street
Knoxville, Tennessee   37902

JAN SHOUT, ET AL. (C-59)          *corr. ret.*
Bernard E. Brown, Esquire
9250 Glenwood
Overland Park, KS  66212

GENE T. EDWARDS, ET AL. (C-60)     *opposed 9/20/88*
Dale S. Balcao, Esq.
Drivon, Tabak, Balcao, Winger
 & Ringhoff
215 N. San Joaquin Street
Stockton, CA  95202

BARBARA M. ALTER (C-61)
Charles Gottlieb, Esq.
Joan Odorowski, Esq.
Gottlieb & Goren
1702 Ford Building
Detroit, Michigan  48226

NORTHLAND CHRYSLER-PLYMOUTH, INC. (Deft. in C-61)

David Lawson, Esq.
Lizza and Mulcahy, P.C.
1700 Buhl Building
Detroit, MI  48226

JIM RIEHL'S ROSEVILLE CHRYSLER-PLYMOUTH, INC. (Deft.
 in C-61)
William J. Vincent, Esq.
Dykema, Gossett
400 Renaissance Center
35th Floor
Detroit, Michigan  48243

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___7___

DOCKET NO. 740 -- _____

SAMUEL B. CALVIN (C-62)
Edward I. Stillman, Esquire
(Same as C-50)

IVIE L. JOHNSON (C-63)
Jack Hollingsworth, Esq.
Lorant & Hollingsworth
1415 First Alabama Bank Building
Birmingham, Alabama  35203

MAGIC CITY DODGE, INC. (Deft. in C-63)
John Martin Galese, Esq.
P.O. Box 75061
Birmingham, Alabama  35253

JOHN WINEINGER, ET AL. (C-64)
Lynne M. Cadigan, Esq.
Natman Schaye, Esq.
Karp, Stolkin, Weiss
  & McDonald
32 North Stone Avenue
1200 Home Federal Tower
Tucson, Arizona  85701

D-79
ROLLINGS CHRYSLER PLYMOUTH, INC. (Deft. in C-64)
  Richard H. Goetz, Esq.
  Goldbaum, Goetz & Sipe
  310 S. Williams Blvd., #222
  Tucson, AZ  85711

CHARLES G. BACKUS, ET AL. (C-65)
William Mills Krieger, Esq.
727 J. Clyde Morris Blvd.
Newport News, Virginia  23601

CHARLES M. MANGUS, ET AL. (C-66)
Roger Dickinson, Esq.
Kemnitzer, Dickinson, Anderson
  & Barron
901 F Street, Suite 220
Sacramento, CA  95814

SWIFT DODGE, INC. (deft. in C-66)
Roxanne Daneri, Esq.
1000 G Street, Suite 350
Sacramento, CA  95814

WILLIAM RANDOLPH WARNER,
  ET AL. (C-67)
Eugene C. Brooks, Esq.
P.O. Box 10006
Savannah, GA  31412

KARP MOTORS, INC. (deft. in C-67)
Mr. H. Sol Clark
P.O. Box 8151
Savannah, GA  31412

ROBERT L. MCCORMICK, ET AL. (C-68)
Herbert E. Hass, Esq.
9160 US 31, P.O. Box 130
Berrien Springs, MI  49103-0130

MCFADDEN FRIENDLY MOTORS
  (deft. in C-68)
Gary A. Maximuk, Esq.
Wheeler, Upham, Bryant & Uhl
11th Floor Trust Building
Grand Rapids, MI  49503

LAURA ZALOGA (C-69)
Paul I. Guest, Jr., Esq.
Guest & Greene                    oppos. 1-27-87
310 Leighton Bldg.
500 North Gulph Road, P.O. Box 1544
King of Prussia, PA  19406

GERALD RUSCITTI, ET AL. (C-70)
Joseph A. Longo, Esq.
Ruscitti, Gerald and Sandar
2100 W. Haven
Mt. Prospect, IL  60056

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___8___

DOCKET NO. __740__ -- _____

---

MAUDE MOORE (C-71)
Jack W. Torbert, Jr., Esq.          *opposed
Torbert and Torbert                  1-31-89*
1024 Forrest Avenue
Gadsden, AL 35901

JAMES P. KILBANE (C-72)
Edward I. Stillman, Esq.
Miller, Stillman & Bartel
1610 Euclid Avenue
Cleveland, OH 44115

CROWN-DODGE, INC. (deft. C-71)
James L. Klinefelter, Esq.
402 SouthTrust Bank
P.O. Box 1618
Anniston, AL 36202

PHYLLIS M. BOUCHER (C-73)
Robert W. Beck, Esq.
3828 Carson St., Suite 100
Torrance, CA 90503

MOOTHART CHRYSLER PLYMOUTH INC.
  (Deft. C-73)
Kevin J. Quock, Esq.              *corr.
Quane, Cohen, Kurahashi, Hsieh &   Returned*
  Scholtz
808 North Spring Street, Ninth Floor
Los Angeles, CA 90012-2876

BARBARA N. CHRZANOWSKI (C-74)
Lawrence A. Schlussel, Esq
Schlussel & Draizin
22401 W. Eight Mile Road
Detroit, MI 48219-1217

RDS MANAGEMENT d/b/a Shuman
  Motor Sales, Inc. (Deft. C-74)
THOMPSON CHRYSLER PLYMOUTH, INC.
  (Deft. C-74)
Andre' K. Flowers, Esq.
Lewis, White & Clay, P.C.
1300 First National Building
Detroit, MI 48226

NATIONAL BANK OF DETROIT (Deft. C-74)
Michele K. Mulder, Esq.
National Bank of Detroit
611 Woodward
P.O. Box 331789
Detroit, MI 48232-7789

---

CHEPHIS J. SMITH, ET AL. (C-75)
Elwyn L. Cady, Jr., Esq.
1919 Drumm Avenue
Independence, Missouri 64055

MITCH CRAWFORD'S HOLIDAY MOTORS CORP. (Deft. in
(D-75)
Lawrence M. Maher, Esq.
Swanson, Midgley, Gangwere, Clarke
  & Kitchin
1500 Commerce Trust Building
922 Walnut Street
Kansas City, Missouri 64106-1848

JACK THREADGILL (C-76)
Nelson Quinn, Esq.        *opposed 3/16/89*
604 United Centre
Abilene, Texas 79601

JOHN HELM, ET AL. (D-77)
Rick R. Black, Esq.
1405 State Street
East St. Louis, Illinois 62205

MILLER CHRYSLER CORPORATION (Deft. in D-77)
Charles A. Newman, Esq.
(Same As Chrysler Motors Corp.)
  Already Listed

WILLIAM R. JOHNSON (D-78)
William L. Gibbons, Esq.
Goodman, Glazer, Gereener, Schneider,
  McQuiston & Kremer
165 Madison Avenue, Suite 1500
Memphis, Tennessee 38103

OVERSEAS MILITARY SALES CORPORATION (Deft. in D-78)
Prince C. Chambliss, Jr., Esq.
Ted Mackall, Jr., Esq.
Armstrong, Allen, Prewitt, Gentry,
  Johnston & Holmes
1900 One Commerce Square
Memphis, Tennessee 38103

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __9_____

DOCKET NO. __740___  -- _____

---

PAUL Q. MONIER, ET AL. (D-79)
Robin E. Mellor, Esq.
Alpert, Fein & Hameroff
300 North Main, Suite 104
Tucson, Arizona  85701-8287


DIANA DEATHERAGE, ET AL. (D-80)
John W. Kurtz, Esq.
Popham, Conway, Sweeny, Fremont
  & Bundschu
922 Walnut Street, Suite 1300
Kansas City, Missouri  64106


JAMES M. HUME (D-81)
Gregory K. Douglass, Esq.
Whitmire, Verlihay & Douglass
2521 Darlington Road
Beaver Falls, Pennsylvania  15010


JONES CHRYSLER-PLYMOUTH, INC. (Deft. in D-81)
JONES CHRYSLER-PYLMOUTH, INC.
2219 9th Avenue
Beaver Falls, Pennsylvania  15010


DEBORAH CAMPBELL (E-86)
Charles M. Thompson, Esq.
Thompson, Griffis & Hooper

(Same As Tag-Along Pltfs. Lead Counsel)


CAR CENTER, INC. (Deft. in E-86)
James Franklin Walsh, Esq.
Lange, Simpson, Robinson
  & Somerville
1700 1st Alabama Bank Bldg.
Birmingham, AL  35203

JPML FORM 3

p. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __740__ --   In re Chrysler Motors Corporation Overnight Evaluation
Program Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Chrysler Motors Corporation | C-55, C-56, C-57, C-59, C-62, C-64, C-65, C-66, C-67, C-68, C-69, C-70, C-71, C-72, C-73, C-75, C-76, D-77, D-78, D-79, D-80, D-81, D-86 |
| Chrysler Corporation | A-3, A-5, A-10, B-14, B-16, B-29, B-31, B-33, B-35, B-36, B-38, B-42, B-51, C-57, C-61, C-63, C-78, D-79, D-99 |
| Joe Cullipher Chrysler-Plymouth, Inc. | A-4 |
| Joe P. Cullipher | A-4 |
| LEE IACOCCA | A-12; |
| Capital Chrysler | B-20 |
| Car City Motor Co., Inc | B-31 |
| Dick Milham Chrysler-Plymouth, Inc | B-22 |
| William H. Fewer, II | B-22 |
| Pensatte Motors, Inc | B-23 |
| PERKINS MOTORS, INC. | B-29; |

p. __2__

| | |
|---|---|
| Cini & Lopez, Inc. | B-30 |
| Tamaroff Dodge, Inc. | B-30 |
| CHRYSLER CREDIT CORP. | B-31, B-41, B-45 C-66 C-68, D-77 |
| HOUSTON-TAYLOR MOTORS, INC. | B-31 |
| MAGIC CITY MOTORS, INC. | B-32, B-49 |
| Jim Limbaugh Chrysler | B-33 |
| Crown Dodge, Inc. | B-34, B-38 C-71 |
| Carrollton Car Center, Inc. | B-36 |
| Claude Debeaux Inc. | B-37 |
| Eldon W. Vernon | B-40 |
| Gallatin Chrysler-Plymouth-Dodge, Inc. | B-41 |

JPML FORM 3

p. ___3___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __740__ -- __In re Chrysler Motors Corporation Overnight Evaluation Program Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Strickland Chrysler Plymouth Dodge, Inc. | B-42 |
| Eastgate Chrysler Plymouth, Inc. | B-44 |
| Bryan Bickmore Dodge, Inc. | B-45 |
| FLORIDA CHRYSLER PLYMOUTH | B-46, |
| Magic City Dodge, Inc. | B-49 |
| Chrysler Service Contracts | B-49 |
| J.T.W. Enterprises, Inc. *dba Chesterfield Dodge* | B-52 |
| James D. Green & Betty S. Green | C-51, |
| Oak Ridge Chrysler-Dodge-Plymouth, Inc. | C-58 |
| Northland Chrysler-Plymouth, Inc. | C-61 |
| Jim Riehl's Roseville Chrysler-Plymount, Inc. | C-61 |

p. 4

| | |
|---|---|
| Magic City Dodger, Inc. | C-63 |
| Rollings Chrysler Plymouth, Inc. | C-64, C-77 |
| Swift Dodge, Inc. | C-66 |
| Karp Motors Inc. | C-67 |
| Mc Fadden Friendly Motors | C-68 |
| Moothart Chrysler Plymouth, Inc. | C-73 |
| RDS Management d/b/a Shuman Motor Sales, Inc. | C-74 |
| National Bank of Detroit | C-74 |
| Thompson Chrys.-Plym Inc | C-74 |
| Mitch Crawford's Holiday Motors Corporation | C-75 |
| Miller Chrysler Corporation | D-77 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 740 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Overseas Military Sales Corporation | D-78 |
| Jones Chrysler-Plymouth, Inc. | D-81 |
| Car Center, Inc. | E-86 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |